**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| United States of America, | ) | |
| Respondent, | ) | Case No. 3:92CR68 |
| | ) | |
| v. | ) | O9-8 |
| | ) | |
| James H. Roane, Jr., | ) | |
| Petitioner. | ) | |

---

**APPENDIX TO PETITION FOR WRIT OF HABEAS CORPUS,**
**PURSUANT TO 28 U.S.C. § 2255, BY A FEDERAL PRISONER**
**UNDER SENTENCE OF DEATH**

---

# VOLUME I

# Table of Contents

**VOLUME I**

Virginia Department of Corrections Commitment form for James H. Roane, Jr......1

Supplementary Offense Report, 2/18/92......2

Metro Richmond Crime Stoppers Report......5

Handwritten notes by Detective Steve Dalton regarding initial investigation......6

Richmond Police Incident Notification, 1/13/92......10

Declaration of Gina Taylor......11

Declaration of Lloyd McDaniels......13

Declaration of Willie Coley......15

Declaration of Richard Coles......18

Declaration of Amiee Coley......20

Declaration of Ronita Holman......21

Declaration of Harold Coles......23

Declaration of Jeanette Pauley......25

Declaration of Keith Ross......27

Declaration of Wanda Wright......29

Statement of Priscilla Greene......30

Declaration of Marcella Fierro......52

Forensic Synopsis Sheet......56

Declaration of Robert Tressel......57

Video footage of crime scene......61

Government Exhibit 9-2......62

Government Exhibit 9-3..................................................................................63

Criminal Extract of Robert Davis................................................................64

Declaration of Carmella Coley....................................................................66

Declaration of Jerry Gaiters.........................................................................67

Declaration of Earl Granger.........................................................................70

Grand Jury Testimony of Denise Berkley....................................................71

Grand Jury Testimony of Robert Davis........................................................92

Police Photo of Keith Barley.......................................................................111

National Climatic Data Center records of Richmond, VA weather data on January 12 and 13, 1992...............................................................................112

Autopsy Report of Douglas Moody.............................................................116

**VOLUME II**

Opinion in the Fourth Circuit Court of Appeals, 7/8/96..............................126

Motion Under 28 U.S.C. §§ 2255 to Vacate, Set Aside, or Correct Sentence by a Person in State Custody, 6/1/98.................................................................174

Motion to Amend Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §§ 2255, 3/15/99......................................................................182

Second Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §§ 2255, 10/1/99....................................................................231

Motion to Amend Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §§ 2255, 6/25/01......................................................................238

Third Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §§ 2255, 6/25/01......................................................................242

District Court Opinion, 5/1/03....................................................................244

Opinion in the Fourth Circuit Court of Appeals, 5/6/04..............................258

INMATE NO: 206197 NAME: ROANE          JAMES     H JR

SPN NO: 00218968  SID NO: 592700  FBI NO: 757510DA4

CURRENT LOCATION: 055-ADMINISTRATIVE VERIFICATION

SSN: 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  SEX: MALE    RACE: BLACK

BIRTH: 27OCT1965  POB: RICHMOND CITY          VIRGINIA

AGE: 27  HGT: FT: 6 IN: 01  WGT: 170  BUILD: _____

HAIR: BLACK       EYES: BROWN   COMPLEXION: MEDIUM BROWN

SCARS/MARKS/TATTOOS: TATOO(S) ON ARM, RGHT NONSPEC

AKA/ALIAS/NICKNAME: JONES              GARY



IN CASE OF EMERGENCY NOTIFY: JEANNETTE ROANE  MA
   STREET OR P O BOX NUMBER: 1184      ST PAUL STREET
   CITY, STATE AND ZIP CODE: RICHMOND     VA 23220
             PHONE NUMBER: AREA CODE: 804 PHONE: 788-4210

MARITAL: SINGLE           TRADE/PROFESSION:

PSYCHIATRIC:
   MEDICAL:
   DENTAL:

                              TESTED GRADE LEVEL:
                              LAST GRADE COMPLETED:
OTHER:

CURRENT M/S OFFENSE: 0900-HOMICIDE/MURDER           DOC DATE: 04JUN1993

TOTAL CURRENT SENTENCE: 900-00-000        SENTENCE START DATE: 04JUN1993

PRIOR INMATE NO(S): 177708                MORE PRIOR NO(S)? NO

DETAINER: NO  ISSUED:          TYPE:         CODE:

DISCRETIONARY PAROLE ELIGIBILIT DATE:
   MANDATORY PAROLE RELEASE     DATE:

*------- INMATE CLASSIFICATION(S) --------* *------- INMATE OFFENSE(S) --------
 DATE     REASON    SCORE/OVER CUSTODY    DATE     INFRACTION DESCRIPTION

CONFIDENTIAL

CITY OF RICHMOND, V. ...INIA
DEPARTMENT OF PUBLIC SAFETY
BUREAU OF POLICE

Supplementary Offense Report

CS 260235

REVISED SEPT., 1974

**1. OFFENSE REPORT NUMBER**
92-01-13-0016-317

| VICTIM (IF FIRM, NAME AND TYPE OF BUSINESS) | 3. ADDRESS | 4. DATE OF THIS REPORT |
|---|---|---|
| Kariem Hakiem aka Douglas Moody | 1310 W. Catherine St. | 02-18-92 |

| 5. OFFENSE | 6. DATE OF OFFENSE |
|---|---|
| HOMICIDE | 01-13-92 |

**7. DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION**

Assigned this investigation on January 13, 1992.

On January 13, 1992 at approximately 0005 hours Gina Taylor, 810 N. Harrison Street, heard noise outside of her home in the alley that runs beside her house. She looked out the window and observed a Black Male standing over top of another Black Male stabbing him in the back. After stabbing the male the suspect ran East in the alley and across the street. Ms. Taylor stated she could not identify the suspect. She went outside and gave aid to the victim until the Fire Department and Ambulance arrived. The victim was transported to MCV.

I responded to the scene and notified Detective Paul Tuttle, Forenics Unit, to respond. Detective Tuttle began processing the crime scene.

I interview Ms. Taylor who gave the above account as to what she saw. I then responded to MCV and determined that the victim was dead.

I responded back to the crime scene and began a door to door search. The first apartment I went to the door was open with lights on and the television on. Noone was in the apartment. I also noticed the window broken out. This apartment was the rear apartment of 1200 W. Clay Street. Upon entering the apartment it was observed that there was a bullet hole in the mirror and the kerosene heater was knocked over. The glass to the broken window was to the outside (as if knocked out from inside.) Detective Tuttle processed the apartment.

Catherine Walington, 1310 W. Catherine Street, was interviewed. Ms. Walington is the mother of the victim. She stated that approximately an hour before the murder "Keith" had came by looking for her son. Keith lives at 1216 W. Clay Street. She stated Keith dealt drugs for "Maurice" and that her son had stated they were looking for him but not over drugs. She could not offer any further information.

| | STOLEN | RECOVERED | | | STOLEN | RECOVERED |
|---|---|---|---|---|---|---|
| A. Currency, Notes, Etc. | $ | $ | G. Firearms | | $ | $ |
| B. Jewelry and Precious Metals | | | H. Household Goods | | | |
| C. Clothing and Furs | | | I. Consumable Goods | | | |
| D. Locally Stolen Motor Vehicles | | | J. Livestock | | | |
| E. Office Equipment | | | K. Miscellaneous | | | |
| F. Television, Radios, Cameras, Etc. | | | | | | |
| TOTALS... | $ | $ | | TOTALS... | $ | $ |

| 9. I recommend this case ... ared | | 10. Case Declared | | 11. | |
|---|---|---|---|---|---|
| Unfounded | ☐ | Unfounded | ☐ | | |
| Inactive | ☐ | Inactive | ☐ | APPROVED | ☐ |
| Cleared by Arrest | ☐ | Cleared by Arrest | ☐ | DISAPPROVED | ☐ |
| Exceptional Clearance | ☐ | Exceptional Clearance | ☐ | (See Comments–Reverse Side) | |
| Pending | XX | Pending | ☐ | | |

J.A. Dalton          969

DISAPPROVED ☐ – See Comments–Reverse side

INVESTIGATING OFFICER     CODE NO     IMMEDIATE SUPERVISOR

COMMANDING OFFICER

If Additional Space Is Needed Use Another Copy Of This Form

CONFIDENTIAL

CITY OF RICHMOND, VIRGINIA
DEPARTMENT OF PUBLIC SAFETY
**BUREAU OF POLICE**

Supplementary Offense Report

CS 260235

REVISED SEPT., 1974

**1. OFFENSE REPORT NUMBER**
92-01-13-0016-317

| VICTIM (IF FIRM, NAME AND TYPE OF BUSINESS) | 3. ADDRESS | 4. DATE OF THIS REPORT |
|---|---|---|
| 5. OFFENSE | | 6. DATE OF OFFENSE |

**7. DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION**

Page 2

On 1-13-92 the autospy was performed on the victim and it was determined that he had been shot as well as stabbed.

On 1-14-92 Payton Maurice Johnson was murdered in the front apartment of 1200 W. Clay Street. This case was assigned to Detective Allen Reid. Mr. Johnson was identifed as the subject looking for the victim.

On 1-17-92 Keith Alexander Barley, 1216 W. Clay Street, DOB 9-8-76, was interviewed. Mr. Barley admitted to looking for the victim but not finding him. He further stated he heard that the victim had been killed because of a tape recording that the unknown suspects had.

On 1-20-92 Albert Walton was interviewed. Mr. Walton was the owner of the house and stated that the rear apartment was rented by Curtis Thorne and his girlfriend, who he did not know. He further stated he had not seen them since the murder.

During Detective Reid's investigation of his murder he received information that Priscilla J. Green was talking in the area about seeing the murders of both Moody . Johnson. It was also determined that she had a capais on file for failing to appear in CC I.

On 1-28-92 Priscilla Green was located. She was interviewed and the interview was taped. Ms. Green is the girfriend of Thorne. She stated that she, Thorne, and Moody were in the apartment when two subjects known as J.R. and Whitey came to the apartment. Thorne, J.R. and Whitey went into the bedroom and she could hear them playing a tape very loud. She could not make out what they were saying. Shortly thereafter she, Thorne and J.R. left the apartment and were standing outside. She then heard shots inside the apartment and the victim jumped thru the window. J.R. then went over and began stabbing him. She further stated she feared for her life because J.R. and Whitey

| | STOLEN | RECOVERED | | | STOLEN | RECOVERED |
|---|---|---|---|---|---|---|
| A. Currency, Notes, Etc. | $_____ | $_____ | G. Firearms | | $_____ | $_____ |
| B. Jewelry and Precious Metals | _____ | _____ | H. Household Goods | | _____ | _____ |
| C. Clothing and Furs | _____ | _____ | I. Consumable Goods | | _____ | _____ |
| D. Locally Stolen Motor Vehicles | _____ | _____ | J. Livestock | | _____ | _____ |
| E. Office Equipment | _____ | _____ | K. Miscellaneous | | _____ | _____ |
| F. Television, Radios, Cameras, Etc. | _____ | _____ | | | _____ | _____ |
| | | | | | _____ | _____ |
| TOTALS... | $_____ | $_____ | | TOTALS... | $_____ | $_____ |

| 9. I recommend this case be declared | 10. Case Declared | 11. |
|---|---|---|
| Unfounded ☐ | Unfounded ☐ | |
| Inactive ☐ | Inactive ☐ | APPROVED ☐ |
| Cleared by Arrest ☐ | Cleared by Arrest ☐ | DISAPPROVED ☐ |
| Exceptional Clearance ☐ | Exceptional Clearance ☐ | |
| Pending ☐ | Pending ☐ | (See Comments—Reverse Side) |

DISAPPROVED ☐ — See Comments—Reverse side

INVESTIGATING OFFICER        CODE NO.

IMMEDIATE SUPERVISOR

COMMANDING OFFICER

If Additional Space Is Needed Use Another Copy Of This Form

CONFIDENTIAL

**CITY OF RICHMOND, VIRGINIA**
**DEPARTMENT OF PUBLIC SAFETY**
**BUREAU OF POLICE**

Supplementary Offense Report

CS 260235

REVISED SEPT., 1974

1. OFFENSE REPORT NUMBER
92-01-13-0016-317

| VICTIM ( IF FIRM, NAME AND TYPE OF BUSINESS) | 3. ADDRESS | 4. DATE OF THIS REPORT |
| --- | --- | --- |
| 5. OFFENSE | | 6. DATE OF OFFENSE |

7. DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION

## Page 3

ere part of a drug gang involved in the killing of Maurice also. She stated she thought ne tape was Moody and Johnson plotting to kill J.R. and Whitey.

.R. has been identifed as James Roane, Jr., 814 Norton Street. Whitey has not been dentified.

lengthy investigation involuing myself, Detective Reid, Detective Billy L. Blaylock, nd members of the Narcocide Unit is being conducted on J.R., Whitey, and others involued ι this drug unit. Several other murders have occured and been associated with this ~oup.

illiam H. Parcell, Jr., Assistant Commonwealth's Attorney, has been kept abreast of this ıse and does not want charges placed for this murder until Whitey has been identified. ırrants are on file for Whitey under this name for drug charges and efforts are being ıde to locate him.

ıarges will be placed when Whitey can be identified.

| | STOLEN | RECOVERED | | STOLEN | RECOVERED |
| --- | --- | --- | --- | --- | --- |
| A. Currency, Notes, Etc. | $ | $ | G. Firearms | $ | $ |
| B. Jewelry and Precious Metals | | | H. Household Goods | | |
| C. Clothing and Furs | | | I. Consumable Goods | | |
| D. Locally Stolen Motor Vehicles | | | J. Livestock | | |
| E. Office Equipment | | | K. Miscellaneous | | |
| F. Television, Radios, Cameras, Etc. | | | | | |
| TOTALS... | $ | $ | TOTALS... | $ | $ |

9.
I recommend this case be declared
Unfounded ☐
Inactive ☐
Cleared by Arrest ☐
Exceptional Clearance ☐
Pending ☐

10.
Case Declared
Unfounded ☐
Inactive ☐
Cleared by Arrest ☐
Exceptional Clearance ☐
Pending ☐

DISAPPROVED ☐ — See Comments—Reverse side

11.
APPROVED ☐
DISAPPROVED ☐

(See Comments—Reverse Side)

INVESTIGATING OFFICER   CODE NO.   IMMEDIATE SUPERVISOR   COMMANDING OFFICER

If Additional Space Is Needed Use Another Copy Of This Form


**METRO RICHMOND**

_Jackson_

5101 MONUMENT AVE.
RICHMOND, VA 23230

CALL TAKEN BY: _K W MAKEZA_
DATE: _3/8/92_
TIME: _1930_

CALLER CODE _12911_ HENRICO _____ RICHMOND __✓__ HANOVER _____ OTHER _____

DIVISION _Homicide_ ASSIGNED ____ INFORMATION ONLY (NO RESPONSE REQUIRED) ____

TYPE OF OFFENSE _Homicide_

LOCATION _1200 W. Clay St_

DATE/TIME _____ SUMMARY OF OFFENSE _Caller states suspect has been questioned by RPD inv. ref. homicides & guns but released. Caller states he has been staying inside since the Johnson homicide on Kenney St._

SUSPECT #1: NAME _Keith Barley_ ADDRESS _1216 W. Clay St_
RACE _B_ SEX _M_ AGE _15_ HT _5-2_ WT _120_ HAIR _Blk_ EYES _Brn_ CLOTHING _____
_____ OTHER _____

SUSPECT #2: NAME _____ ADDRESS _____
RACE ____ SEX ____ AGE ____ HT ____ WT ____ HAIR ____ EYES ____ CLOTHING _____
_____ OTHER _____

VEHICLE MAKE: _____ MODEL: _____ YR: ____ COLOR: _____ LIC: _____
OTHER VEHICLE INFO: _____

INVESTIGATOR'S RESPONSE: _____

_____ REWARD RECOMMENDED: YES ____ NO ____
INVESTIGATOR'S NAME: _____ DATE: _____

COORDINATOR'S RECOMMENDATION: _____

_____ AWARD AMOUNT: $ _____
COORDINATOR'S SIGNATURE: _____ DATE: _____

Information and form are property of _Metro Richmond Crime Stoppers, Inc., Board of Directors_

A-5

Kariem A. Hakim aka Douglas Moody
B M 4-21-55  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  "Little Doug"
1310 W. Catherine St. (mother's address)

Catherine Watkington -mother  No phone
~~Wartington~~
Luther Grimes - Grandfather - 1309 W. Leigh St. 359-5471

Witness -
Mina Taylor, 810 N. Harrison St., 5-1-68  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
No phone, No employment

On 1-13-92 at 0016 hours a call was received
that a man had been shot or stabbed in the
alley beside 810 N. Harrison St.
Upon arrival officers found Ms. Taylor giving
CPR to the (V). Fire and rescue arrived
and took over. The (V) was then transported
to MCV.
Ms. Taylor was interviewed at her home by
me. She stated she was in her laundry
room and the neighbor's dogs kept barking
She turned off the lights and did not
see anything out back. She then observed
2 males out of her window facing
the alley. Both were on the ground
and the smaller B/m in drk clothing
was on top of the (V). She went to the
front door and went to the (V) but
did not see anyone around him.

A-6

(2)

The (V) stated to her "I've been stabbed in the heart, please help me!" Ms. Taylor shouted for someone to call the police, she then went inside and got a butcher knife to cut off his clothes. She also got a blanket. Fire & rescue arrived and took over.

Ms. Taylor cannot ID the suspect and stated she heard shots long before this incident.

---

Dr. A. Parikh, MCV, pronounced the (V) dead at 0058 hours. He stated the (V) had 2 gunshot wounds (point blank) to the back w/ one exit wound to chest. He was also stabbed 4 times in the back, once in the neck (front) and once on the chin. (The victim's clothing had been destroyed by Fire & Rescue)

---

Detective Paul Tuttle, Forensic unit, responded.

(3)

Catherine Walington, 1310 W. Catherine St.

Mrs Walington is the mother of The (V).
She was at The crime and was Taken
To MCV by Officer John Rose. She
was notified of The death by Dr. Parith
and myself.
Mrs Walington stated That her son's
name was Douglas Moody but he
had changed it in prison. She
knew of some suspects That wanted
To harm her son.
She related The following:
Approx a week ago she came home
To find her front door open. Later
a neighbor told her that some
friends of "Keith" had kicked
in The door while armed w/
"machine guns".
Also her son (The (V)) had came home
very dirty with cob webs on him. He
Told her he had been ~~hidd~~ hiding
under The house next door. He
said he was hiding from "Maurice"
from Brookfield Gardens. He denied
owing any money or That it was over
drugs. He said "Maurice" Thinks he
killed his brother in Brookfield



(4)

Gardens last year.

Approximately 2 hrs before his death Keith came looking for the (v). Mrs Walington is very scared and does not want them to know she has talked to the Police. She showed Officer Rose Keith's address of 1216 W Clay St.

Mrs Walington also was missing a long barrel .38 that the (v) had removed from the house. The gun was her father's, Luther M. Grimes.

On the same date I responded back to the crime scene. When I started the door to door I found the door open to the rear Apt 1200 W. Clay St. This was approx. 50 ft from where the victim was found. When I didn't get a reponce, Officer Rose and I entered the Apt. The TV was on but noone was inside. At that time I observed a bullet hole in the mirror. Officer Rose found the (v's) wallet by the mirror. The electric heater was knocked over and a window had been broken out (from inside out)

# INCIDENT NOTIFICATION

O:     **CAPTAIN TERESA A. PEELE**
       **OFFICER IN CHARGE, DETECTIVE DIVISION**     DATE: ___1-13-92___

FROM: _Detective S.A. Dalton_

DATE OF OFFENSE: _January 13, 1992_    TIME OF OFFENSE: ___0005___

LOCATION: _Alley beside 810 N. Harrison Street_

CRIME: ___Homicide___    OFF.#: _92-01-13-0016-317_

VICTIM: _Kariem Hakim aka Douglas Moody_    DATE OF BIRTH: ___4-21-55___

ADDRESS: _1310 W. Catherine Street_    SS NUMBER: _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_

CITY: ___Richmond___    STATE; _Va_    ZIP CODE: _____

## DETAILS:

On January 13, 1992 the victim, a Black Male, was found laying in the alley beside 810 N. Harrison Street. He had been shot and stabbed and was transported to MCV. He was declared dead at MCV at 0058 hours.

The victim had two gunshot wounds to the back, four stab wounds to the back, one stab wound to the front of the neck, and one stab wound to the chin.

Further investigation revealed that this offense apparently began in an apartment at 1200 W. Clay Street. At this time the owner of the apartment cannot be located.

The motive for this murder appears to be that the victim was accused of a murder in Brookfield Gardens in 1991. There are two suspects to this offense but at this time there is not enough to charge them with anything.

Detective Paul Tuttle responded for the crime scene.

SUSPECT: _Keith ?/Maurice ?_    DATE OF BIRTH: _____

ADDRESS: _Keith, 1216 W. Clay St./Maurice_    CITY: _____

STATE: _____   _Brookfield Gardens_    ZIP CODE: _____

CHARGES: _None at this time_

ARREST MADE: YES: _____ NO: _XXXXX_    WEAPON(S): _unk cal weapon & knife_

NEXT-OF-KIN NOTIFIED: YES: _XXXXXXX_ NO: _____    DATE: _1-13-92_    TIME: _0105_

NAME: _Catherine Watlington_    ADDRESS: _1310 W. Catherine St._

RELATIONSHIP: _Mother_    NOTIFIED BY: _Dalton_

**DECLARATION OF GINA TAYLOR**
**PURSUANT TO 28 U.S.C. § 1746**

1.    My name is Gina Taylor. I was called as a witness in the trial of James Roane. I witnessed the killing of Doug Moody in January of 1992.

2.    At that time, I lived at 810 N. Harrison Street right near the corner of Clay and Harrison. Doug Moody was killed right next to my house. I heard yelling and looked outside. I saw Keith Barley, who I knew as "Little Keith." He was stabbing Doug. He was the person who killed Doug. At first, I thought he was just punching him, but when I got outside and saw all the blood it was clear that Keith had stabbed him.

3.    I knew Little Keith was a drug dealer and was a very violent and dangerous guy. He also knew me from the neighborhood. A couple weeks after the killing, he came to my house. He talked to me on my porch. He knew I was a witness to Doug Moody's killing.

4.    Little Keith told me that he had killed Doug over some drugs. It was like he wanted me to know why he did it, and that it had to do with drugs. He certainly gave me the impression that I should not talk about me seeing that he was the person who killed Doug. After talking with him, I felt that if I did, the same thing would happen to me. I was really scared, so I never told the police or anyone else that I had seen him stabbing Doug. I tried to give the police a description of the killer - Little Keith - without specifically naming Little Keith. I hoped the police would figured it out, but they never did.

5.    Little Keith ran with a group of Johnson boys. This is not Corey Johnson, but Maurice Johnson. Maurice Johnson was a drug dealer in the neighborhood.

6.    I was called as a witness at James Roane's trial. I knew James Roane. I knew that it was not him who killed Doug Moody. I was scared to say that it was Little Keith who did the

A-11

killing, so I testified that I didn't see the person's face, but that I knew it was not James Roane. I testified that I am five foot six and that the person was shorter than me, which was true. Little Keith was shorter than me. This was the same description I gave to police of the killer on the night of the incident, hoping they could figure it out without me saying it was Little Keith.

7. I am coming forward now, and did not come forward earlier, because Little Keith is dead. He can no longer hurt me. I saw him kill someone. I was afraid he would do the same to me if I told all of what I witnessed.

8. At the trial, the prosecutor tried to make it out that I was Tipton's girlfriend. I was not. I knew Tipton's family and we were friends. As I testified at the trial, we "kind of" dated at the very beginning but really we were just friends. I was never his girlfriend. I did not understand why they thought this was important, because even if it was true, it would not change the fact that James Roane did not kill Doug Moody.

9. Keith Barley, who I knew as Little Keith, killed Doug Moody. I saw him do it. He admitted to me that he did it. He was the kind of person who would kill somebody. I can now tell the truth about him.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to 28 U.S.C. § 1746.

Date: 8-18 08

Signed: _____
Gina Taylor

A-12

**DECLARATION OF** <u>*Lloyd McDaniels*</u>
**PURSUANT TO 28 U.S.C. § 1746**

1. My name is Lloyd McDaniels. I grew up in the Carver School area of Richmond, Virginia.

2. Little Keith Barley was my best friend. We were best friends from the time we were about six years old.

3. Keith and I were about fourteen or fifteen when all the murders happened in our neighborhood, back in the early nineties. We hung out together and with our friend Willie Coley.

4. Keith was a live wire at that time. He was sniffing a lot of powder cocaine and doing crazy things. He was selling drugs and he made sure he got paid. Keith shot a couple people and stabbed another guy. He didn't care if the person was male or female. He did what he had to do to get his money.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

*Lloyd McDaniels*
10·9·08

DATED:

A-13

**DECLARATION OF** *Lloyd McDaniels*
**PURSUANT TO 28 U.S.C. § 1746**

5. I ALSO KNEW DOUG MOODY. I KNEW HIM AS A HARDCORE DRUG ADDICT IN THE NEIGHBORHOOD. HE WAS USING COCAINE. HE WAS NEVER A DEALER. HE WAS A MESS. HE WAS INCAPABLE OF DEALING.

6. JAMES ROANE DID NOT KILL DOUG MOODY. KEITH BARLEY, MY BEST FRIEND, DID IT. HE TOLD ME HE KILLED MOODY. THE POLICE TALKED TO HIM ABOUT THE MURDER, BUT THEY JUST LET IT BLEND IN WITH THE CASE AGAINST JAMES ROANE AND THE GUYS THEY CALLED THE NEWTOWN GANG. KEITH GOT LUCKY. KEITH TOLD ME THAT HE KILLED MOODY BECAUSE HE OWED HIM MONEY FOR DRUGS.

7. JAMES ROANE SHOULD NOT BE EXECUTED FOR A MURDER THAT KEITH BARLEY COMMITTED.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

*Lloyd McDaniels*
10.9.08

DATED:

**DECLARATION OF** Willie Coley
**PURSUANT TO 28 U.S.C. § 1746**

1. My name is Willie Coley. I grew up in the Carver School area. I turned sixteen in December of 1991.

2. I knew Doug Moody from the neighborhood. He was older than me. He was a junkie. He was always asking around for money to buy drugs. He never dealt drugs, he just used them all the time. He always seemed to owe people money for drugs.

3. I knew Keith Barley who lived a little further up Clay Street. He was closer to my age. He used to sell in the

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

_Willie Coley_

DATED: 10/8/08

A-15

Carver School area where I lived. Keith was the kind of guy you didn't want to have trouble with. He always carried a knife — he was fascinated with that stuff. There were a couple times when he got into shootouts in the neighborhood over drug turf.

4. I remember one time when Keith stabbed a junkie over a drug debt. I don't know who the guy was; he was just one of the addicts who hung out on Catherine Street. He owed Keith money so Keith beat him up and stabbed him.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

_Willie Coley_

DATED: 10/8/08

A-16

**DECLARATION OF** _Willie Coley_
**PURSUANT TO 28 U.S.C. § 1746**

5. I know that keith sold to Doug Moody some times, and Doug always seemed to owe money for drugs. I'm sure that's what happened here. Keith told me later that he killed Doug over money. I don't want to see James Roane get killed for something keith Barley did. And I know that he did it because keith told me.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

_Willie Coley_

DATED: 10/8/08

A-17

**DECLARATION OF** Richard E. Coles Jr. RC
**PURSUANT TO 28 U.S.C. § 1746**

I currently reside in Whitcomb Court Projects, 1326 Bethel St. in Richmond, VA (apartment 1).

On January 13, 1992 I was at Charlie's house on the 1300 block of Catherine St. The house was on the corner of Catherine and Norton streets. This was a house where people used to go to get high.

At about 10:30 or 11:00 pm on the 13th of January, Little Keith, who I had known for many years, kicked in the door at Charlie's house and said he was looking for Little Doug. He had a gun in his hand and said he was looking for Doug because he owed him money. Little Doug was not in Charlie's house so Keith left.

I hereby certify that the facts set forth above are true and correct to the best of my

personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to

28 U.S.C. § 1746

Richard Coles

DATED: 5-8-08

A-18

**DECLARATION OF** _Richard F. Coles Jr._ RC
**PURSUANT TO 28 U.S.C. § 1746**

A little while later that night, I heard Doug had been killed. I knew right then, that Keith had killed him.

Later, when I heard he had been stabbed, I was sure it was Keith because he always carried a knife. He carried a long thin knife.

Little Keith was always a wild guy. Everyone knew he was violent. He was off the chain. His mind was not stable. He would shoot at people for fun and then laugh about it. He even shot at me one time and we were supposed to be friends.

I have never testified about these matters in any court of law

I hereby certify that the facts set forth above are true and correct to the best of my

personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to

28 U.S.C. § 1746

_Richard Coles_

DATED: 5-8-08

A-19

## DECLARATION OF AIMEE COLEY
## PURSUANT TO 28 U.S.C. § 1746

1.      My name is Aimee Coley. I used to be married to Willie Coley whose mother is Carmella Coley.

2.      Around the end of 1993 or the beginning of 1994, when the killings happened around the Carver School area, I had just rented a room in a rooming house on Clay Street in the ten hundred block. Carmella lived upstairs. My room was on the first floor right next to the front door. I was working at the time as a nurse's assistant on the three to eleven shift.

3.      I remember answering a knock at the rooming house one night about an hour after I got home from work. It would have been around midnight or shortly after. Tipton was at the door and said he wanted to "chill" in my room for a little bit. He was trying to push his way in at first but left when I told him, falsely, that I had a man in the room. I noticed that he was covered in blood. I don't know where he went from there.

4.      I knew Keith Barley, who was known as Little Keith. He was mean and violent. He would blow your head off if you looked at him funny. He was a drug dealer and was known as a gangster who carried a gun and weapons all the time.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to 28 U.S.C. § 1746.

Date: 7-2-08          Signed: _Aimee L. Coley_

                                          Aimee Coley

A-20

DECLARATION OF RONITA
HOLMAN PURSUANT TO
28 U.S.C. § 1746

1. My name is Ronita Holman. I testified at the trial of James Roane and the others in federal court.

2. In the beginning of 1992, I was living in the Carver School Area. I knew Doug Moody who also lived in the neighborhood. He was a heavy drug user. He was not a dealer. He did not work for Maurice Johnson, who I also knew. Doug was a bad addict who always owed people money for drugs.

3. I knew Keith Barley from the neighborhood, who they called "Little Keith." He was younger than the other dealers in the neighborhood but was starting to get into the business around that time. He carried himself around the neighborhood in a very tough way.

R.H.

4. Keith also had quite a temper. I remember one time when he got into a shootout with another dealer on Norton Street. They were supposedly trying to kill each other over who was controlling certain areas.

5. Maurice Johnson was also dealing in that area. He and Keith knew each other well.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to 28 U.S.C. § 1746.

Signed: Ronita Holman
Ronita Holman

Date: 9-3-08

**AFFIDAVIT/DECLARATION OF** _Harold Coles_
**PURSUANT TO 28 U.S.C. §1746**

I, _Harold Coles_ , do hereby declare and verify as follows:

1. I grew up in the Carver School Neighborhood with Little Keith Barley and Doug Moody. I lived on Catherine Street, near the location where Doug Moody was later killed.

2. I knew Doug Moody well and I never knew him to deal drugs. He was an addict and a drug user, not a seller. He'd get high off anything he could get his hands on.

3. Little Keith and I were close in age, I was a few years older than him. He was a known drug dealer in the neighborhood — the Carver School area! He was "muscle" for a local drug dealer. He was an aggressive guy. Once, he even went after my cousin with a gun. I saw this and had to jump in on behalf of my cousin.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to 28 U.S.C. §1746.

_Harold Coles_

Dated: _10-9-08_

A-23

**AFFIDAVIT/DECLARATION OF** Harold Coles

**PURSUANT TO 28 U.S.C. §1746**

I, Harold Coles , do hereby declare and verify as follows:

4. I knew "Pepsi" Greene from the neighborhood — that's all she did was chase after drugs. She got high every chance she got. I saw her after she was shot and she wasn't the same. I wasn't even sure that she knew who I was. She was limping along — still trying to get high.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to 28 U.S.C. §1746.

Harold Coles

Dated: 10-9-08

A-24

**DECLARATION OF** Jeannette Pauley
**PURSUANT TO 28 U.S.C. § 1746**

1. My name is Jeannette Pauley. I lived in the Carver School neighborhood of Richmond, Virginia when all the murders took place in the early nineteen nineties.

2. I lived on Hancock Street. Pepsi Greene lived in the apartment above me. I knew her very well. We both had horrible drug addictions.

3. I also knew and used drugs with Denise Berkley. Her addiction was as severe as mine and Pepsi's. Denise was extremely unstable. I remember that she tried to kill herself several times by slashing her wrists. She sold her body for drugs.

4. Pepsi Greene was very unreliable. She stole from her own mother to pay for drugs. Like Denise Berkley, she also turned tricks to get money for drugs. They would do anything to get money for drugs.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

DATED: 10-9-08

_Jeannette Pauley_

A-25

**DECLARATION OF** JEANNETTE PAULEY
**PURSUANT TO 28 U.S.C. § 1746**

5. I REMEMBER LITTLE KEITH BARLEY FROM THE NEIGHBORHOOD. HE HAD A REPUTATION AS A MEAN AND TERRIBLY VIOLENT GUY.

6. I HAVE BEEN SOBER NOW FOR MORE THAN SIX YEARS. I NOW WORK WITH MENTALLY ILL CHILDREN, AND HAVE BEEN DOING THAT FOR THE PAST THREE YEARS.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

Jeannette Pauley

DATED: 10-9-08

A-26

**DECLARATION OF** <u>Keith Ross</u>
**PURSUANT TO 28 U.S.C. § 1746**

1. My name is Keith Ross. I grew up with Douglas Moody in the Carver School section of Richmond Virginia. We were close friends up until he died.

2. Doug developed a terrible drug problem. In the months before his death he was shooting heroin and cocaine every day. He was completely controlled by his addiction.

3. Doug was never a drug dealer. He wasn't together enough to sell drugs and he would have been his own best customer. He was never anything but a user and an addict.

K.R 4. I also knew little Keith Barley, who grew up in the Carver School Neighborhood too. He sold drugs there. Even though he was young he had a reputation as a violent and dangerous guy.

5. I knew Denise Barkley from the neighborhood.

I hereby certify that the facts set forth above are true and correct to the best of my

personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to

28 U.S.C. § 1746

10-9-08
DATED:

*Keith Ross*

**DECLARATION OF** <u>Keith Ross</u>
**PURSUANT TO 28 U.S.C. § 1746**

Denise was always a mess. She was a terrible drug addict. She tried to kill herself a number of times before all the trouble started in the neighborhood. I still remember the scars from the times she slashed her wrists.

6. I also knew Pepsi Greene from the neighborhood. She was in awful shape, too, in late 1991 and early 1992. She was a crackhead. Getting high and staying high was her whole life. She would do anything for drugs.

7. I was using drugs back in the very early 90's with Doug Moody, but I'm clean and sober now. The church saved me, I've been clean for ten years now. I'm now an elder in my church.

I hereby certify that the facts set forth above are true and correct to the best of my

personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to

28 U.S.C. § 1746

DATED: 10-9-08

**DECLARATION OF** _Wanda Wright_
**PURSUANT TO 28 U.S.C. § 1746**

1. My name is Wanda Wright. In 1991 and 1992 I lived at 814 Norton St., in Richmond, Virginia, the same house where James Roane lived.

2. I knew Pepsi Greene back then. Her drug habit was really bad, and she used both heroin and cocaine. Pepsi was sneaky and underhanded and she did whatever she had to to get drugs. She stole, ran scams and turned tricks. She'd lie, steal and kill to get her drug of choice.

3. I knew Little Keith from the block, too. He sold and used drugs. He sold for Maurice. He was a mean little bastard. He was angry at the world and downright nasty. He had a bad reputation as dangerous and violent. People knew he wasn't to be played with.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

_Wanda Wright_
10-9-08

DATED:

Today is January 28, 1992, 10:55 a.m. Being interviewed is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, 1018 W. Clay Street. Priscilla is not being charged with any crime, she is being interviewed reference to homicides that occurred in the area of 1200 block W. Clay Street and the 1100 block W. Leigh Street, involving a subject known as Little Doug, Maurice and Katrina Rozier. Priscilla we talked a little bit before we turned the tape off. Present in the interview is Det. Allan Reid, Det. Billy Blaylock, and myself, Det. Steve Dalton. We served a Circuit Court capias on you. Have we made any promises to you at all?

Green: No.

Dalton: Okay. You hesitated a little bit, I think we did promise you that we would protect your identity for your cooperation, is that correct?

Green: Yeah.

Dalton: But as far as the charges go, we just said that we would check into them but we could not make any promises on them, is that correct?

Green: Yes.

Dalton: Okay. Are you saying that you want to go ahead and tell us what happened to these three people, ▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓, ▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓? We are just going to let you talk.

Green: As long as you all promise that I will be protected.

Dalton: You will be protected. Your identity will be protected 100%.

Green: Okay.

Dalton: Just start off with Little Doug, tell us about Little Doug, what happened to him.

Green: (can't understand) all right. It is three of them 1200 block Clay Street. All right. Me and Cliff, we were sitting in the room, so uh ▓▓▓ ▓▓, Whitey, came in there, so they had told me to excuse myself cause they had a tape player and I was in the kitchen while they was in the room. All right, so really didn't nobody (can't understand) about the chase. So Cliff was telling me, this guy Linwood Carter, okay, he promised to take them around. So when I opened the door to let him in, I said what are you all doing out there, I can hear the tape all the way outside, you know, I figured there had to be something that was wrong when they get in a little huddle like that. All right, so, then Cliff told me, table, Cliff told me yeah you run your mouth so much, so what is wrong. Some of the boys think that you heard the tape. I said well what is wrong with the tape, see what I'm saying. But see you don't like to be around cause that is not him. So next thing I know he had uh, Cliff had said nothing to me, then I was just sitting in there on the bed, they had left and came back. So Darwin came in there with him, with ▓▓▓▓ and Whitey. Then they asked us to leave for a minute, so we talked to Doug, asked what is going on. So we went on outside. Me and Cliff and Sandra was standing on the corner, like going to White's Market

Dalton:     Right.

Green:      and J.R. was going down the street so as I heard Cliff and J.R. must have gone to get uh what is his name, KK.                    killing this fool. As so we heard somebody in there hollering and I said Cliff what the hell is that noise coming from, somebody hollering duck. So Cliff had called J.R., come on let's go back in the house, but J.R. had already knew, you know, what had happened, so. As I heard that the girl when she was selling drugs, what is her name, uh, little colored guy that live on North Street sell drugs up there with him. (can't understand) motel up there on North Street.

Dalton:     Are you talking about the other girl that got killed?

Green:      No, this girl, Marie uh huh.

Dalton:     Short girl that got arrested for Maurice?

Green:      Uh huh.

Dalton:     Okay.

Green:      So, we're trying to find out, she had set Maurice and Doug up, she had a tape, right. The tape in the house playing and what is she played the tape for them, for J.R., Whitey and them. The other day when she got locked up Maurice didn't get her out of jail or something. That was the reason for her to set that up. Follow me.

Dalton:     Okay. You are saying the tape. You are talking about the video tape?

Green:      No, a cassette tape.

Dalton:     What is on that cassette tape?

Green:      See I didn't hear that tape. When the tape was set up, she had the tape set up at her house, okay, well Doug supposedly killed Whitey, that it all boils down to. Doug was setting

Dalton:     Doug was supposed to kill

Green:      Kill them.

Dalton:     Kill Whitey?

Green:      Uh huh. Yeah and it fell right in line, cause after the tape was played that is when Doug came to the house.

Dalton:     Do you know where the tape is at now?

Green:      No, as far as, I don't know what they did with the tape. I don't know if they destroyed the tape or what.

Dalton:     Okay. Let's step back to this a minute. You heard the hollering help inside the house

3

Green: Okay, back to that okay.

Dalton: by Little Doug. Who was in the house when he was hollering help?

Green: Wasn't nobody but Whitey.

Dalton: Just Whitey? Did you hear any gun shots?

Green: We heard, Cliff and them was on the way in the house, or was in the house, (can't understand) but we heard three (3) gun shots, it was three.

Dalton: ▓▓▓▓▓▓▓▓▓▓ gun shots, Whitey was the only one in the house, ▓▓▓▓▓▓▓▓▓▓ headed back to the house.

Green: Back to the house.

Dalton: Okay.

Green: Doug jumped out the window. He jumped out the window. So we left.

Dalton: Okay, so. Little Doug jumped out the window?

Green: ▓▓▓▓▓▓▓▓▓▓ Then J.R., we was going to leave, and J.R. said ▓▓▓▓▓▓▓▓▓▓ that he can't be dead, see what I'm saying. Then J.R. went back and finished him off with a knife.

Dalton: J.R. is the one that stabbed him?

Green: Uh huh.

Blaylock: You saw J.R. stab him?

Green: He had the knife.

Dalton: What type of knife?

Green: We left and went around the corner, he was the only one left around there.

Dalton: What type of knife was it?

Green: I don't know.

Dalton: But you heard him say, he can't be dead, and he went back up there with a knife in his hand?

Green: Uh huh. I mean he had the knife, you could see like a handle on the knife, he didn't pull it out so we could see it.

Dalton: Did you actually see him stab him, Little Doug?

Green: He was the only one. We heard him hollering, we be going around the corner, J.R. was the only one that went back around there. Wasn't nobody else out there.

**Dalton:** Okay. Where was Whitey at that time?

**Green:** Whitey had run out. Whitey had left after the gun shot went off. See what I'm saying. Whitey was gone.

**Dalton:** Was there anything unusual about the mirror in your house before all this started?

**Green:** No.

**Dalton:** Were there any gun shot holes in your mirror in your bedroom?

**Green:** No, not as a I know of. I ain't look.

**Dalton:** No bullet holes in your mirror? Okay. Whitey was inside, you heard the three shots, okay. J.R. and Whitey and who else first came there?

**Green:** Cliff. Who is that other one. Doug.

**Dalton:** Not Doug, you said somebody else had brought drugs around to them.

**Green:** Oh, some drugs. Who was out there, okay somebody else. (can't understand) called his brother C.O., then they got another one there, these boys they can't have came from New York, I don't know where they came from.

**Dalton:** Do you know Whitey's real name?

**Green:** No.

**Dalton:** Where does he stay at?

**Green:** Well we was going. You know question. I can tell you, I ain't say anything . This is difficult. I don't know who is at his house at home, then they got another one, a little yellow one on North Street.

**Dalton:** With a fence around it?

**Green:** No, people stay across from those. Right here on the end, like you come to Catherine Street, that big yellow house

**Blaylock:** Fence around it?

**Green:** Yeah, they stay up there.

**Blaylock:** Who else lives up there?

**Green:** What do they call that rest area, stay there. They have a girl Mousy, she is and another one named Denise, but Denise she may be over there at home with them.

**Blaylock:** Are they dealing out of both of these houses?

Green:       (can't understand) with him, might have more drugs.

Blaylock:    In the house?

Green:       Uh huh.

Dalton:      Just far away he looks a little bit like him.  Okay.  Whitey is a blac
             male, right, about how old?

Green:       I don't know where the boy lives.  Whitey is real red.

Dalton:      Real red?

Green:       Uh huh.

Dalton:      Why don't they call him Red instead of Whitey?

Green:       That is why they call him Whitey cause he red.  He is a black person.

Dalton:      Black person that is red that is called Whitey, okay.

Green:       Whitey, all got a hair cut Afro.  Maurice got      .  All of them have it
             cut real short.  Whitey got two golds in front of his mouth.

Blaylock:    Any design in the teeth or just solid gold?

Green:       No, just solid gold.

Dalton:      So they were living in the house right there behind where Katrina was
             found, she was found right there behind their house?

Green:       Yeah, they were found up there.  Uh, right there by the school, Maggie
             school?

Dalton:      Yeah.  They live on that street that you all were headed towards, W. Moore
             Street, that is the name of it isn't it?

Green:       I don't know.

Dalton:      1212 W. Moore, that is where you all were headed?

Green:       Okay.

Dalton:      And she was found right behind their house then.

Green:       If she was down behind their house, I thought they found her behind the
             school, back up that way.  Okay.  Now

Dalton:      How about Maurice?

Green:       All right.

Dalton:      What happened to Maurice?

Green:      I thought you wanted a description of him, or you already got that.

Dalton:     You gave it to me.  Short hair, gold teeth.

Green:      You don't know how many it is.

Blaylock:   How much did he weigh?  How tall was he?

Green:      He weighs about 130.  About 5'6", 5'7", 5'8", I don't know, a little taller than me.

Dalton:     He had two golds in the front

Green:      Uh huh.

Dalton:     Couple of other guys up there that look like him do they?

Green:      Yeah there is a whole lot of them.

Dalton:     Okay.  If we were to come up on him on the street, which one would we know to be Whitey?

Green:      The tall, red one with two white golds, but he don't come out that much now.

Dalton:     He is staying low?

Green:      Uh huh.  Well I think he got around like, right after (can't understand) can't see too much at night.

Dalton:     Is he an albino?

Green:      Yeah, most likely, cause when he reads he has to put his eyes down on the table, then he got, you can tell him by the big coat and always wears a cap on the head or hood over top.

Dalton:     What color hair does he have?

Green:      Who Whitey?  Red.

Blaylock:   Red hair?

Green:      Yeah.  He always wear a big coat, then he got another one named (can't understand) big heavy set dark one.

Dalton:     How does V come into this?

Green:      When they went to pick up them drugs from New York that is when he came down.

Dalton:     Okay.  Was he involved in the shooting?

Green:      Uh, I think it was Maurice and (?) Maurice and, really the one that get down there, I can't say it was them, but it could have the way it

A-35

happened, it could have been planned cause he said he was going out of town, she got killed the same night, that J.R.

Dalton: That is J.R.?

Green: Uh huh.

Dalton: Okay. He involved in any way?

Green: This is (?) too. Naw, Keith West, he is not involved in none of this.

Dalton: Okay, he is not involved.

Green: No, not involved, no not in this stuff.

Dalton: How about Samuel Lawson?

Green: He used to sell drugs but one of them got rid of him or not, I haven't seen him

Dalton: You haven't seen him around lately?

Green: No. He used to work for him, too.

Dalton: Okay. Course you know this gentleman, that is no problem?

Green: Uh huh.

Dalton: Two boys there. I don't have single.

Green: Now what is him? I ain't seen him. Well I know Stan cause he kin to me.

Dalton: He is kin to you? Okay.

Green: Way back.

Blaylock: (can't understand)

Green: How did Maurice get in the house?

~~[redacted]~~

Green: No sir, the girl that got locked up, when they bust up here on Norton Street, that was how that tape came down. She set them up with the tape, up till that she knew that Maurice and Doug was going to try to do Whitey, then she must have got mad cause her mother didn't get her out of bed. Then she took the tape down to J.R.

Dalton: Gave it to J.R.?

Green: And J.R. brought the tape to our house and the boys was sitting in there listening to it. And it seemed at the time that you know she gave the

tape to him time, cause that is when Doug came.

Dalton: How did Doug come there, did he come on his own?

Green: On his own.

Dalton: Okay, so he was coming in there to see you and Cliff?

Green: Yeah he was coming round there, and the way I can't say he really came right on, cause he came in the house with J.R. and Whitey. Then they must, they knew, but somebody just come into the house like he did, they didn't know nothing about the tape, you know.

Dalton: Okay. So all three of them came to the house together?

Green: Yeah.

Dalton: And you and J.R. and Cliff left.

Green: We left.

Dalton: Then you heard the shots, Little Doug came through the window, J.R. said to him to take care of that up that a way, you and Cliff got out the other way.

Green: We left, definitely. But I knew he finished him up, like I said.

Dalton: Have you talked to him since this happened?

Green: Talked to who?

Dalton: J. R. and Whitey? Well you were heading to Whitey's house today, so you all got

Green: See that is what I'm saying, Cliff was telling me last night, you know, they was telling me I talked, I don't talk, I stayed in the house, cause it's deadly. I can't go to the store or to my mama's house (can't understand).

Dalton: Have they threatened you, personally, have they come up to you and threatened you?

Green: Well, they, yeah I mean they be saying I talk too much. I be saying, what do I say, I don't say anything. And that is exactly what I been saying so.

Dalton: During that time have they actually told you that they killed Little Doug or is it just presumption that you know it? And they

Green: They know I know it. They know. I mean, same people you (?), you know who did it. Why you always deal with him telling me, can't say nothing, say what. I could have been saying something. But like Cliff was telling me last night, I was like I would never. Cliff was saying, you know they was telling him the man said the only reason they ain't did nothing to me

yet is cause of him.  I said for what, I haven't said anything.  Tol Cliff that he know I could have been down here saying something.

Dalton: What type of gun.  Do you know anything about guns?

Green: No.  I don't know what kind of gun it was.

Dalton: You didn't see the gun?

Green: Nope, not at all.

Dalton: How about ▓▓▓▓▓ what happened to him?

Green: Now I didn't see that, but the way it happened, you know.  I had went. That was, I think about 5 or 6 of them, that evening and I was going to the store.  Cause we were across the street and I was going to the store and there was gun shots, probably about 5 times, cause I was standing on the side and got my (?) standing on the side talking to this white guy in a truck and there was another guy who was standing out there.  So we was talking to the guy in the truck and we heard gun shots and I said I'm getting the hell out of here, I'm going in the house.  Okay. ~~He was U.R. running through the alley, it was oh, there was V and the other guy V they came from on the other corner.~~

Dalton: ~~V and I came from the other corner, but that was after the shot.~~

Green: U~~hhhh. And U.R. was coming through the alley, he was running, you know, he looked like he was pushing a gun or something down in his pants, okay, that is how I feel I knew (?).  I didn't see it.~~

Dalton: You heard the shots and he was running down the alley sticking something into his pants?

Green: Yeah, (can't understand) the one alley and the other two came on the side. Quite natural you divide up, if you took a lot of money like this, we know he did it cause the way he, he had a gun, I don't know what you call that gun.  Cause when they went down in the basement,

Dalton: Basement of what?

Green: Uh, right down there at 510, where, right down on the side by the store.

Dalton: You say 510.

Green: Not 510, that my mama's house, 512.

Dalton: 512?  Okay.

Green: That be right next to my mama.

Dalton: And went down in the basement there?

Green: Down in the basement.

Dalton: What did it look like, what type gun did it look to be?

Green: It was a black, I don't know these guns.

Dalton: I can't help you, was it like the guns we carry?

Green: Not really. Not like that one either. Yeah something like that one right there. Long black (can't understand). Not a tiny gun I know. I don't know the name of the gun.

Dalton: It is bigger than these. In other words, I'm going to point this. Have it out like this.

Green: Not any bigger than that.

Blaylock: Did this part right here have a round thing in it, right here where the bullets are in?

Green: Uh huh. Little round thing like that. An Uzi, is that what it is?

Blaylock: I don't know, we are going to try to find out.

Green: But that is what it is

Blaylock: How long was it?

Green: It was something like that.

Dalton: About a foot long?

Green: Yeah, black gun with little round.

Blaylock: Like had a clip in the bottom of it?

Green: Yeah he took that down, pushing it. I don't know the name of them, but I know when I see one.

Dalton: And they put it in the basement of 512?

Green: That is where all of them went, cause I figured they had followed. J.R. had that gun.

Dalton: Who lives at 512?

Green: The white man live upstairs, he rents out downstairs to a guy nam██████ and Mousy she a sister.

Dalton: Is the white man involved in this, too?

Green: No, God, he put them out.

Dalton: He put them out?

Green: He put them out, yeah.

Dalton: So if we went and asked him if we could look at his basement later on, he would probably say yes?

Green: He put them out cause of the drug activity (can't understand).

Dalton: Let's see. I apologize if I sound confused but. Were you on the corner of Hancock or were you back up on the corner by your house on Harrison?

Green: I was on Hancock Street.

Dalton: You were on Hancock Street, you all heard the shots,

Green: Right beside the store, you know where 510 is

Dalton: Yes.

Green: right there at the alley, like going through these houses

Dalton: And J.R. came back with an Uzi type gun, he came running back down the alley and went into the basement of 512?

Green: Then they all came one way

Dalton: Him and the other one?

Green: And V and Z came out

Dalton: They came from the other way. They came back down Clay Street and back down?

Green: No, Catherine Street. You know where Hancock going around the corner, okay, that is the way V came and J.R. came through the alley.

Dalton: Okay. Catherine Street. Now, O, Z and V are all from New York? Do they look like Whitey also?

Green: No.

Dalton: Are they all staying at 1212 and 814?

Green:

Dalton: Did you see any of them with guns in their hands when they were running?

Green: No, I'm pretty sure they all had them. Believe me, they always carry them.

Dalton: So Whitey wasn't in that group on the night of Maurice's shooting?

Green: Whitey wasn't around when whatchacallit got killed either.

Dalton: Katrina?

Green: Uh huh, he wasn't around, he said he was staying over in, what the name of

those apartments, in Henrico. I just really, I don't know.

Blaylock: (?) Village? Off Laburnum?

Green: I don't know where he supposed to live, Henrico.

Dalton: Highland Bells Village?

Green: No, something like a project, I don't know the name of the apartments.

Dalton: But he said he was staying out there?

Green: Yeah, he hasn't been around though, he be around but we wouldn't know, when Maurice and Katrina got killed.

Blaylock: Village out there by the fairgrounds.

Dalton: Is he back at 1212, Whitey?

Green: Uh huh.

Dalton: Does he have guns at 1212?

Green: They always have guns on them, they never fails, they never walk without them. Never, they always have guns on them.

Dalton: When was the last time you bought drugs from 1212?

Green: Uh, I got me some yesterday.

Dalton: Yesterday. In the last 24 hours you bought drugs from 1212?

Green: Um huh. Oh it is there, that is where it is, all drugs.

Dalton: 1212 is a store house and 814 is a rest house?

Green: Uh huh.

Dalton: So when they get tired they go to ████

Blaylock: ████, right? Let me ask you this to establish your credibility. How much do you pay for the drugs and what did you get?

Green: They had him selling it, but he didn't want to do it. They had threatened him harm too.

Dalton: Who is that?

Green: Kurt.

Dalton: Kurt has been selling for them?

Green: Yeah, he didn't want to do it. But see he was ready to give it up when they were talking about doing something to me. He said fuck, I can't go

with you with the things we have, you got to go, I said I ain't going for nothing. You know.

Dalton: What did you pay for the drugs you got yesterday?

Green: See what they do, they give him drugs to sell, right, like 30 packages right, they got (?) whole lot of people selling them. And they give it to him, then he has to take them like (?) $600 worth, take them like $450 or something like that, you know. What do he (?) nothing, see what I'm saying, and that could add up to a nice car and everything else, we didn't get nothing out of it. That is what I told him, stop it, it ain't worth it. He wanted to go back to work, couldn't do that, he said oh (?) tie him down. He got involved in it, didn't know how to get out of it.

Dalton: When did they have the big blow out?

Green: Oh well they supposed to go to New York sometime this week, I reckon.

Dalton: What car do they go in?

Green: See, that what I'm saying, they might get. The last time they were doing a station wagon, got a (?) Carter, live on Clay Street.

Dalton: A beat up station wagon?

Green: No, beige, kind of real long beige, brown station wagon.

Dalton: Normally when they leave, where do they leave from, 1212 or 814?

Green: Clay Street, between 1212 and Clay Street.

Dalton: Do you know when they are leaving?

Green: They are supposed to leave sometime this week, they say they about out selling, cause that is what he was telling Kurt. (can't understand) he say he just have to stop. Whenever I told him, you not getting nothing, you are making them money, you are not getting anything out of it.

Dalton: ~~Now why did Little Doug want to kill J.R. and Mau~~ey?

Green: ~~The man told Doug sometime until they to do~~ it.

Dalton: ~~Maurice~~

Green: Doug was working for John (Maurice).

Dalton: Okay. And what happened was, see if I have it right. (?) sitting there when they were discussing of killing

Green: J.R. had sit, well she had said something to J.R.

Dalton: ~~Maurice was having it done because that is supposed to be his territory an~~ ~~anyway.~~

Green:      Who?

Dalton:     Was that Maurice's territory through that area?

Green:      No, Maurice was on Norton Street.

Dalton:     Maurice's territory was Norton Street?

Green:      Uh huh.

Dalton:     And they were moving in on Norton Street?

Green:      So Maurice, he              kept selling right, we had right many people selling/spending money (can't understand) but he wanted Kurt to sell coke but he said he was going to get out of it cause it ain't worth it, you know, too much behind. And that is not him no way, Kurt always had work. We got involved with them, that did it, couldn't get out of it.

Dalton:     How about Katrina?  What do they know about Katrina?

Green:      Now, Katrina.  Let me tell you God's truth.  I don't know who did it, but when they left out of town that is when it happened.

Dalton:     When they left out of town?

Green:      Yeah when they went to get some more cane that is when she got it.

Dalton:     J.R. and Whitey were both out of town when she got it?

Green:      No Whitey wasn't no where near.  J.R., V, O and Z.   They (can't understand) Whitey and brought it around and all through there.

Dalton:     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Green:      ▓▓▓▓ the guy in the station wagon he took them out of town when she got killed.  But I still say J.R. did it, or had something to do with it.

Dalton:     Who?

Green:      But J.R., were real tight.

Dalton:     How come the word we got was Jerry was on our list?

Green:      Yeah, Jerry Davis was on the list too.

Dalton:     So he might be a little more cooperative.

Green:      He had messed up so much drug money, so maybe, I don't know, you know. He is on the list straight up, definitely.

Dalton:     So the word on the street is that Jerry Davis is the one who did Katrina in?

Green:      Yeah.  I mean I know Jerry did, that one that called them in.

Blaylock:   Why did he want to kill Katrina?

Green:   I don't know, that is the only thing I've said, that is the only way I say I know that he had to do it, cause they was out of town, it was just like a set up, you know.

Dalton:   Now Jerry was into J.R. and Whitey, V, Z and O, is that right?

Green:   Whitey don't deal with them.

Dalton:   Okay.

Blaylock:   Did you say Rozier?  Oh Rochelle.

Green:   Yeah.

Dalton:   Where is Rochelle?  Is she staying at 814?

Green:   No, she live on Norton, Maurice and people out there, he asked me did I know they was tall and one other was short, dark skinned,

Blaylock:   apartments.

Green:   Okay, yeah that was Norton Street, ▓▓▓▓▓▓▓▓▓▓▓d.

Dalton:   Who lives at 810 Phaup?  Some blind guy?

Green:   I don't know.

Blaylock:   Do you know anything about a blind guy (can't understand) or anything?

Green:   Wear them dark glasses?

Blaylock:   Yeah.

Green:   Kind of tall, heavy set?

Blaylock:   I haven't seen him, but was told.

Green:   Blind, he not put his money and give a bag if you want one, he is supposed to be but he ain't that blind.

Blaylock:   Okay.  Did you see a bill?

Green:   I haven't seen nobody up there lately.

Blaylock:   Norton Street is kind of dead right now.

Green:   Uh huh, whole thing round there is poopy.

Blaylock:   The only one dealing are at 1212 W. Moore?

Green:   Yeah, 1212.

**Blaylock:** Do you know whose house that is at 1212 W. Moore?

**Green:** What the guy name, I don't know, what do they call him. Wild Man, I think that what they call him, drives tractor trailer or something. Not Wild, wait a minute, there is another one. I know the guy when I see him. Know Wild Man.

**Blaylock:** Do you know that they are dealing out of the house?

**Green:** No, they do what they want to do.

**Blaylock:** Can you find him?

**Green:** Yes sir, that is what he said, that is what he live at.

**Dalton:** So if we went up to the house, of course we aren't going today, but when we go up to the house and we knock on the door, more than likely we are going to have V, Z and O, J.R.

**Green:** J.R. is gone, I don't know where J.R. is staying at, he might use drugs and stay somewhere else. You are see

**Dalton:** What would be the best time for us to catch them all together. In other words we don't want to go in and catch one or two and have one or two on the street, we want to get the whole crew at one time?

**Green:** Yeah,

**Dalton:** What would be the best time that we could knock on the door and say HI, we are the police, do you think they will talk to us?

**Green:** Had you came the Super Bowl you would have had them all.

**Dalton:** Well if we had got you last week we would have went to the Super Bowl.

**Green:** Let's see.

**Dalton:** What about basketball games, any basketball games coming up.

**Green:** Well yeah he look. When we went up there Super Bowl, after the Super Bowl, all of them was there, every one of them. Every one.

**Dalton:** If you hadn't laid so low for a week.

**Green:** Hey, I had quick plans in a hurry. No, I wouldn't do it too soon or they know I had said something. I just don't know.

**Dalton:** Is there a lot of traffic in and out of 1212?

**Green:** Nope. See they have they stuff on the street, they are dealers, they have people working for them.

**Dalton:** But they stash it there.

**Green:** Stash.

**Dalton:** Do you know where they hide it at?

**Green:** Like I said (can't understand). I know. But see what I'm saying, the only one that come (?) I don't know nothing about where they hide it at, but I know it is there. I know it is there.

**Dalton:** How much do they bring back from New York, do you have any idea?

**Green:** What. I. Kurt. They will go with $4-5 thousand at a time. (can't understand). (?) a whole lot (can't understand).

**Dalton:** Can you think of anything else that will help us right now?

**Green:** I know it, it could be soon when they leaving, I'm going to tell you that right now, they are going to leave and go up to New York, they are planning to go to New York from everything they said. They are going real soon.

**Dalton:** Going up to New York to get a load, but they are coming back?

**Green:** They will bring it back.

**Dalton:** They will bring it back, okay. We don't know when they are leaving or what type of car they will use.

**Green:** Not yet.

**Dalton:** I noticed your Pontiac was missing this morning. I noticed your Pontiac was missing this morning, the gold Grand Am.

**Green:** My sister.

**Dalton:** That is your sister's car?

**Green:** Yeah. What about that?

**Dalton:** We just                driving at.

**Green:** I don't drive that, I can't drive a 4-speed, 5 speed. Whatever it is. I been driving down to her house. See what I'm saying, people talking about me.

**Blaylock:** Does your sister work now?

**Green:** Yeah she is a manager up here at Kings Quarter in Doswell.

**Blaylock:** I thought I saw her in southside and anywhere else.

**Green:** Yeah she goes a lot over there. Hey, she does not (can't understand). No gun. She, most times she goes like                and stuff over there, southside.

Blaylock:   We are not trying to get your sister.

Green:   You can't jam her because she don't deal with that, that type of stuff. You can't jam her cause she got nothing to do with that. I don't drive that car.

Dalton:   One more thing then we will take you on back. Who else besides you and Kurt and J.R. were around the night that Little Doug got killed? Course we know that Whitey was there.

Green:   Girl named Sandra, I don't know Sandra's last name,

Dalton:   How does Sandra fit in with the group, is she going?

Green:   ~~S~~ing ~~with J.R. see what I'm~~ saying.

Dalton:   ~~loyal to the group?~~

Green:   ~~Yeah, see what I'm saying,~~ she one that don't like me, don't like me at ~~all.~~

Dalton:   Doesn't like you, okay. How about KK?

Green:   ~~No, KK was dealing with them till Maurice got killed.~~

Dalton:   Okay, but KK was he dealing?

Green:   No KK

Dalton:   Was he around the night of the murder of Little Doug?

Green:   No, Doug, KK walked around the corner.

Dalton:   Who is KK? There are several KKs out there.

Green:   KK, I don't know where he is now, he don't do nothing wrong. Think he be out of Gilman Street sometimes.

Dalton:   What was his, is Gilman Street where he hung out? Before this happened where was he hanging out?

Green:   Oh, Maurice? or KK?

Dalton:   KK.

Green:   Well see KK, he was, he used to buy his drugs from Whitey cause he was selling too see. He was on both ends.

Blaylock:   What did KK look like?

Green:   Slim, light skinned, wear long coat all the time.

Reid:   Carry a gun?

Green: A silver gun. Yeah, he had a long silver gun. Gun bigger than he is.

Reid: How old is KK?

Green: KK about 20-21, he be young.

Blaylock: Hangs on Gilman Street?

Green: Be out on Gilman Street. But I haven't seen KK in a long time. He be hanging around out there as far as I know, one day I went there, I was going down town and he was sitting around out there.

Reid: Where about on Gilman Street?

Green: Just sitting on the, one of them old porches right next to the, one they just picked up down there. I don't know the address down there.

Reid: Down there by the old catholic school is?

Green: Uh huh.

Reid: Who was around with Maurice do you know?

Green: I don't know, thank God, I'm a (?) I don't even know. To me it was a set up. You know.

Blaylock: You haven't heard anything this week?

Green: No, cause people were saying when they found, somebody say a girl was with them. Okay. As I. Who was it. Let me get the names right too. Who was it, that she supposedly, he supposed to went and met a girl up there. But when they found him, they found only him. That why I said who was the other person, it had to be a set up. Lot of people said they found him laying dead on, sitting on his sofa. But who had to open the door, who had the key. See. It had to be. The way it was set up, it was set up damned good.

Reid: Found so whoever came in?

Green: Whoever came in.

Reid: He probably knew him?

Green: And whoever set him up had to open the door for him, they found him there sitting on the sofa like that. I don't know if that is where they found him, but (?) said he was sitting on the sofa when they killed him. But I don't know, it was a set up, and it was a decent set up. Instead it might would have been indecent if we didn't see them guys come through the alley, wouldn't nobody known.

Reid: You say you saw them come through the alley, which alley are you talking about?

Green: Like going where these new houses is being rebuilt, the alley right behind

them.

**Reid:** Who did you see run through the alley?

**Green:** It was J.R., O, and V and Z came around on Catherine Street.

**Reid:** So it was four of them.

**Green:** Five of them all together, and Whitey.

**Reid:** Whitey was there too?

**Green:** No he wasn't there, but I'm saying, oh you are talking about when he got shot, the four of them that I seen.

**Reid:** Did he sell to anybody?

**Green:** Did he tell it to anybody?

**Reid:** Yeah do they sell their drugs to anybody or do they have to know you before they sell to you?

**Green:** They don't really sell it, they are going to have to know you to sell it. But there are just so many people, (?) to fuck out there.

**Reid:** If I went up there to 1212, I couldn't get nothing from them?

**Green:** You want a bullet in you, see them all out there doing it, then you can go up there and get it. No you cannot get it, no.

**Reid:** Do they have dogs or anything up there at 1212?

**Green:** No sir.

**Reid:**

**Green:** By the first of the month, that is right. (can't understand) that back door they got that, but I know you always got something to get in there, the only thing (can't understand) can't get in there like that.

**Reid:** How about the front door?

**Green:** Well you can kick the front door in, but go prepared that they are going to be sitting there with guns. See. They are going to have them in there. You know somebody always going to be in there with guns. that I was in. Look at it on TV.

**Reid:** So there is always a guard on the front with a gun?

**Green:** Oh they in the house.

**Reid:** I mean inside the house?

**Green:** Yeah.

| | |
|---|---|
| Blaylock: | ~~B~~ ~~the group has cars of their own~~ |
| Green: | ~~of them.~~ |
| Blaylock: | Other people transport them. |
| Green: | Yeah. |
| Blaylock: | Have you heard how Katrina got down there or any rumors? |
| Green: | No I haven't, God's honest truth. I wish I did cause she was real close to (?), real close. He will say he had something to do with that too, I don't kill nobody. |
| Dalton: | Do you think Jerry, since he knows he is on the list, if he comes up, will he cooperate with us? |
| Green: | He sure don't know he on no list, or he be doing something by being with him, but I know, you know. |
| Reid: | Do you think this tape will be at 1212 or 814? |
| Green: | (can't understand) |
| Dalton: | What did the tape look like? |
| Green: | See it kind of black little box they carry around. But it is a cassette tape. |
| Dalton: | All right. |
| Blaylock: | (can't understand) |
| Green: | He a block away (?). |
| Blaylock: | Did they sell at Hancock & Clay? |
| Green: | Yeah, girl out there named Sandra something, that the one that J.R. go with. |
| Reid: | You don't know Sandra's last name? |
| Green: | No. |
| Reid: | Do you know where she lives at? |
| Green: | Her son, (?) what his name, oh boy, that can't help with that one, can't think of his name. Juvenile, young boy. |
| Dalton: | Name of Eric? |
| Green: | His first name, I don't know his last name. |
| Dalton: | Just got out of juvenile detention home? |

| | |
|---|---|
| Blaylock: | How long ago? |
| Green: | Oh, he recently got out. |
| Dalton: | Do you know what he was in for? |
| Green: | Uh, him and Keith West got locked up, what was it, cocaine, I don't know. I was just going on ____ . But he in her custody now and she said both of them back out there selling drugs again. |
| Blaylock: | And Sandra? |
| Green: | I can't think of Sandra. She live right across the street in Ruffin Green Apts. |
| Dalton: | But J.R. is not staying with her right there? |
| Green: | Her and J.R., see she got a boyfriend, her and J.R. Sometimes they stay up in the rest area, up there on Norton Street. |
| Dalton: | Okay. Can you think of anything else? |
| Blaylock: | What is your nickname? |
| Green: | Mine. ████ |
| Blaylock: | Pepsi? Okay. What is your height? |
| Green: | ████████ saying Pepsi. |
| Blaylock: | Weight? |
| Green: | ████████ |
| Blaylock: | Any scars, tatooes, anything like that? |
| Green: | No. |
| Blaylock: | ████████ your occupation? |
| Green: | ████████ |
| Reid: | Do you know some Coles that live at 97 W. Clay? |
| Green: | Uh. Prostitutes and stuff. |
| Reid: | Were they up there when Maurice got killed? |
| Green: | I don't know. I don't even know. |
| Blaylock: | When were you born? |
| Green: | 7/14/69. |
| Blaylock: | |
| Dalton: | This tape is ending at 11:45 a.m. |

**DECLARATION OF MARCELLA F. FIERRO, MD, ABP, FASCP, FCAP PURSUANT TO 28 U.S.C. § 1746**

I, Dr. Marcella F. Fierro, hereby declare and certify the following is true and accurate.

1. I am a medical doctor specializing in forensic pathology. From 1975 to 1992, I was the Assistant Chief Medical Examiner for the Central District Office of the Office of the Chief Medical Examiner in Richmond, Virginia and a forensic pathologist in the Departments of Pathology and the Department of Legal Medicine at the Medical College of Virginia Hospital in Richmond (now Virginia Commonwealth University Health System.). For eighteen months I worked as staff pathologist at Pitt County Memorial Hospital, in Greenville North Carolina until returning to Virginia. From 1994 to 2007, I was the Chief Medical Examiner for the Commonwealth of Virginia and Professor and Chair of the Department of Legal Medicine at the Medical College of Virginia. I am currently retired, but I continue to publish articles in the field of forensic pathology and do consultation, document review and review of testimony and prior cases as requested. A copy of my curriculum vitae is attached.

2. In 1992 I performed an autopsy on Douglas Moody (a.k.a Kareem Abdul Hakim) as part of my duties with the Richmond Office of the Medical Examiner. Mr. Moody's body arrived at my office without clothing. My examination of Mr. Moody revealed two gun shot wounds and eighteen (18) knife wounds – stabs, cuts and punctures. All of the knife wounds were to the upper and middle back. As part of the autopsy, I ordered a toxicology test and found alcohol and cocaine in Mr. Moody's system. I also observed track marks on Mr. Moody's arms, some of these needle marks were old and some recent. The autopsy also revealed injuries to Mr. Moody's skull and rib bones which were likely to have been caused by the weapon which inflicted

the stab wounds. Once the autopsy was complete, I gave fragments of the skull bone and one of Mr. Moody's ribs to the investigating officer, for toolmark comparison should the weapon be recovered.

3. In 1993, I testified as a prosecution witness in the case of United States v Tipton, et al., Nos. 93-4005 to 93-4007, 93-4009 and 93-4010 (E. D. Virginia). I provided testimony consistent with my post-mortem examination of Mr. Moody and my autopsy report dated January 13, 1992. I understand that at the conclusion of that trial, James Roane was convicted of capital murder and was sentenced to death related to the killing Douglas Moody.

4. In 2008, I was retained as a defense forensic expert by Mr. Roane's current counsel, The Federal Community Defender Office for the Eastern District of Pennsylvania. As part of my consultation, I reviewed the following documents and evidence: the 1992 autopsy report; the photos taken when the autopsy was conducted; the crime scene video; my testimony from the 1993 trial; and, the trial testimony of prosecution witnesses Priscilla "Pepsi" Greene and Denise Berkley. I have been asked by current defense counsel to review these materials and complete this declaration regarding Mr. Moody's death and my testimony at the time of trial. All opinions herein are stated to a reasonable degree of scientific certainty.

5. At trial, Denise Berkley, who claimed to be eyewitnesses to the stabbing of Mr. Moody, testified that James Roane was standing in front of Moody when he started stabbing him. However, with exception of a stab wound to the left forehead and one to the left anterior neck, all of the stab wounds are on the upper right and middle back. It is very unlikely that the back stab wounds in this case were inflicted in a face to face combat situation. On the contrary, because the stab wounds are clustered around the upper right region of his back, it is more likely, after the two stabs to the front, that the Mr. Moody had his back to the perpetrator while being

A-53

stabbed. The multiple abrasions to the front of Mr. Moody's body are also consistent with this scenario. Had I been asked at the time of trial, I would have testified that Ms. Berkley's testimony in this regard was inconsistent with the physical evidence for most of the wounds.

6. Denise Berkley also testified that she witnessed Mr. Roane using a butcher knife to stab Mr. Moody. Priscilla Greene testified that Mr. Roane used a military knife which she described as a "wide" blade, approximately 2-3 inches wide. However, Mr. Moody could not have been stabbed with either a butcher knife or a military knife as described by these witnesses. Based on the width and depth of the stab wounds, Mr. Moody was stabbed by a cutting instrument with a blade between ½ to 3/4 inch in width. Moreover, the skin, as an organ, is more elastic than the internal organs. For this reason, cuts to internal organs are less likely to expand over time and measuring these cuts provides the most accurate indicator of the size of the cutting instrument. In this case, there was a 5/8 inch wide cut to Mr. Moody's pleura, the membrane covering his lung. This is the most accurate indicator of the size of the cutting instrument used. Butcher knives and military knives typically have blades much wider than 5/8 inch. The blade could not have been 2-3 inches wide as described by Priscilla Greene. In addition, military knives typically have thicker blades and the wounds in this case were not thick enough to be made by such a knife. Had I been asked at the time of trial, I would have testified that Denise Berkley and Priscilla Greene's testimony describing the weapon as a butcher knife or military knife with a 2-3 inch wide blade was inconsistent with the physical evidence.

7. Denise Berkley's trial testimony, claiming to have seen Mr. Moody stabbed 18 to 19 times, is incredible. It took me several hours of examination to determine that the total number of wounds on Mr. Moody's body which consisted of nine stab wounds, 3 cuts, and 6 puncture wounds – 18 total, plus two gunshot wounds. The variable nature of the wounds in this

A-54

case, makes Ms. Berkley's testimony suspect. She could not have known the exact number of the wounds unless she had seen or been told about my autopsy report before she testified.

I hereby certify that this Declaration is true to the best of my knowledge subject to the penalty for perjury.

Marcella F. Fierro, M.D., ABP

Dated: September _3_ , 2008
Richmond, Virginia

## FORENSIC SYNOPSIS SHEET

FORENSIC DETECTIVE ASSIGNED: _Paul Tuttle_

OFFENSE REPORT NUMBER: _92-07-13-0016-317_  LOCATION: _810 N. Harrison St_

| | | | |
|---|---|---|---|
| CRIME SCENE DIAGRAM: | YES [ X ] NO [ ] | CRIME SCENE VIDEO: | YES [ X ] NO [ ] |
| CRIME SCENE PHOTOS: | YES [ X ] NO [ ] | AERIAL PHOTOS: | YES [ ] NO [ X ] |
| LAB ANALYSIS SHEET: | YES [ ] NO [ ] | DRUG ANALYSIS SHEET: | YES [ ] NO [ X ] |
| MEDICAL EXAMINER REPORTS: | YES [ X ] NO [ ] | TOXICOLOGY REPORT: | YES [ ] NO [ ] |

NEIGHBORHOOD: _Carver_

HOUSING TYPE: SINGLE FAMILY [ ]  MULTIPLE FAMILY [ X ]  SUBSIDIZED [ ]

PUBLIC HOUSING: MOSBY [ ]  WHITCOMB [ ]  BLACKWELL [ ]  FAIRFIELD [ ]
HILLSIDE [ ]  GILPIN [ ]

BUSINESS TYPE:

WEAPON DESCRIPTION: _38/357/ 9 mm._   RECOVERED: YES [ ] NO [ X ]

WEAPON OWNERSHIP:

STOLEN: YES [ ] NO [ ]

SERIAL NUMBER:

FIREARM EVIDENCE:  SPENT BULLETS:  YES [ X ] NO [ ]
LIVE AMMUNITION:  YES [ ] NO [ ]

LATENT PRINTS COLLECTED:  YES [ ] NO [ X ]
DENTAL RECORDS AVAILABLE:  YES [ ] NO [ X ]
HAIRS AND FIBERS TAKEN:  YES [ X ] NO [ ]

OTHER EVIDENCE COLLECTED:

PERSON DISCOVERED BODY:

RELATIONSHIP: _NONE_

ADDRESS:   PHONE NUMBER: _NONE_

IS PERSON A SUSPECT: YES [ ] NO [ X ]

HAVE BODIES BEEN PREVIOUSLY DISCOVERED IN RECOVERY SITE: YES [ ] NO [ X ]
DESCRIBE CIRCUMSTANCES:

INVESTIGATOR'S NOTES:

# DECLARATION OF R. ROBERT TRESSEL
## PURSUANT TO 28 U.S.C. § 1746

I, R. Robert Tressel, do hereby declare and affirm as follows:

1.	My name is R. Robert Tressel.  From 1973 to 1985, I was a police officer for the Cobb County, Georgia Police Department.  In 1975, I was assigned to the Crimes Against Persons Unit, commonly known as the Homicide Unit, and was subsequently promoted to sergeant in 1978.  In 1985, I transferred to the Cobb County Medical Examiner's Office as a Forensic Investigator.  In this capacity I was responsible for crime scene processing, collection of evidence, and documenting the conditions and circumstances under which the body was discovered on behalf of the Medical Examiner's Office.  From 1993 to 1998, I was the Operations Manager and chief investigator of the Medical Examiner's Office.  Since 1998, I have worked as private consultant in the field of forensic investigation, homicide investigation, crime scene reconstruction, and death scene processing.  I have testified numerous times in federal court and various state courts.  I have been accepted as an expert for the defense and the prosecution.  My Curriculum Vitae is attached.

2.	I have been retained by the Federal Community Defender for the Eastern District of Pennsylvania, Capital Habeas Unit on the case of United States v. Roane.  Counsel have asked that I review and analyze the crime scene and forensic matters pertaining to the killing of Douglas Moody on January 13, 1992.  As part of my consultation, I have reviewed a copy of the original police crime scene video; crime scene photographs; numerous police reports; the 1/13/92 autopsy report of Douglas Moody; and the trial testimony of Marcella Fierro, M.D., Officer Paul Tuttle, Officer John Dorman, Priscilla "Pepsi" Greene, and Denise Berkley.

A-57

3.  At trial, the Government presented evidence that prior to being stabbed, Douglas Moody allegedly jumped out of a window inside 1200 W. Clay St., Richmond, VA. This window, and the two broken panes of glass he allegedly broke while jumping out of the window, are visible in the police crime scene video and the government's trial exhibits, photographs 9-2 and 9-3. The window in question consists of lower and upper sashes, each of which contains six individual panes of glass. The crime scene video and the photographs taken on the night of Mr. Moody's death show that only two of the six small panes of glass and one piece of the wood trim between those two panes of glass were broken. Both broken panes were in the upper sash of the window and no other glass or wood, on either the upper or lower sash of the window, was broken or disturbed.

4.  Given the relatively small size of the panes on the upper window sash, it would have been physically impossible for an adult male to jump through that window without breaking additional panes of glass and wood trim. In addition, because of the height of the window, it would be impossible that anyone, especially an adult male, could have jumped through the upper sash without breaking or disturbing a portion the lower window sash. It also appears that there is a storm window outside the lower window sash, which is also undisturbed. Indeed, based on the visible damage to the window, or lack thereof, to jump through the window as alleged by the witnesses whose testimony I reviewed, Mr. Moody would have been required to simultaneously jump into the air, compress his arms and hands, and raise his legs and feet after his upper torso passed through the window. Such a "dolphin" or "swan" dive, resulting in the breaking of only two small panes of glass which were narrower than the body of an average adult male, is not possible. This evidence contradicts the government's evidence about Mr. Moody's alleged jump through a window and the accuracy of the witnesses who claimed to have observed that jump.

5.     The video and crime scene photographs also show a piece of the window stile with some broken glass, presumably the only broken piece from the window, on the sidewalk outside of 1200 W. Clay St. Based on the distance this stile traveled, it would have had to have been hit with great velocity to end up at that location. It would not have been possible for Mr. Moody to jump through that upper window, clear the porch, clear the railing at the end of the porch, clear the fence and the grassy area and land on the sidewalk, depositing the stile there. Because of the height of the broken window and the distance to where this stile is located, it is simply not possible. There is a flat rock laying right next to the stile. It is much more likely that the rock was thrown through the window and caused the stile to travel to the location where it rests in the photograph and video.

6.     Additionally, there is no indication that the clothing Mr. Moody was wearing at the time he was killed contained any of the glass or wood fragments which likely would have been present had he actually jumped through and broken the window.

7.     Based on my review of these materials, I also have serious concerns about the police crime scene investigation in Mr. Roane's case. The crime scene photographs and video depict a substantial number of items that were apparently never collected and/or never submitted for forensic testing. A chart of this evidence is attached. Proper police crime scene procedure and investigation required the collection and preservation of this evidence. Had this evidence been properly collected and preserved, it may have provided significant forensic evidence regarding how Douglas Moody was killed and who killed him.

A-59

8. I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C.A. § 1746.

R. Robert Tressel

Dated: 9/17/08

Hiram, Georgia

# DVD: Video footage of crime scene



GOVERNMENT
EXHIBIT
9-2



GOVERNMENT
EXHIBIT
9-3

NLETS
3321 15:52:45 12/01/92
OO LL ARICH .

0012 15:53:14 12/01/92

FR.VASIR0000
13:53 12/01/92 00500
13:53 12/01/92 00133 VA12202JA
TXT
PUR/C.ATN/BISHOP.
SID/VA481037

THE FOLLOWING RECORD PERTAINS TO SID/VA481037

VIRGINIA CRIMINAL RECORD          12/01/92


SID: VA481037 FBI:. 478444L6

NAMES RECORDED IN VIRGINIA FILES:
   NAME: DAVIS , ROBERT M          SEX: M  RACE: B  DATE OF BIRTH: 02-29-51

        DAVIS , ROBERT C                M        B                02-25-52

        DAVIS , ROBERT W                M        B                02-25-52

   SOCIAL SECURITY NO(S): 223786049
                          228796344


| CONTRIBUTING AGENCY CONTRIBUTOR'S NO. | DATE | CHARGE | DISPOSITION |
|---|---|---|---|
| PD RICHMOND CITY VA 112516 | 02-21-80 | 01/LARCENY/SHOPLIFTING MISDEMEANOR DOCUMENT NO. 066561C OFF. JUR./RICHMOND | GUILTY LARCENY MISDEMEANOR |
| PD RICHMOND CITY VA 112516 | 09-04-81 | 01/CONCEALED WEAPON MISDEMEANOR DOCUMENT NO. C242730 OFF. JUR./RICHMOND | GUILTY CONCEALED WEAPON MISDEMEANOR |
| PD RICHMOND CITY VA 112516 | 11-12-82 | 01/LARCENY MISDEMEANOR DOCUMENT NO. C345499 OFF. JUR./RICHMOND | GUILTY LARCENY MISDEMEANOR |
| PD RICHMOND CITY VA 1.516 | 04-01-90 | 01/LARCENY/SHOPLIFTING MISDEMEANOR DOCUMENT NO. E118014 OFF. JUR./RICHMOND | GUILTY LARCENY MISDEMEANOR |

RECORD AUTOMATED: 02-02-89  LAST RECORD UPDATE: 08-03-90
A-64
*** CAUTION ***
THIS RESPONSE IS BASED ON COMPARISON OF REQUESTOR FURNISHED INFORMATION

AGAINST DATA CONTAINED IN THE FILES OF THE VIRGINIA STATE POLICE CRIMINAL
RECORDS EXCHANGE ONLY AND DOES NOT PRECLUDE THE EXISTENCE OF OTHER CRIMINAL
HISTORY INFORMATION WHICH MAY BE CONTAINED IN THE REPOSITORY OF OTHER LOCAL,
STATE OR FEDERAL CRIMINAL JUSTICE AGENCIES.
 CHANGES TO THIS RECORD MAY BE IN PROCESS.‾ A NEW INQUIRY SHOULD BE MADE FOR
 ᴉBSEQUENT USE.  THE RECIPIENT(S) IS RESPONSIBLE FOR MAINTAINING AN AUDIT
 ⁀ᴧIL OF ALL SECONDARY DISSEMINATION OF ANY OF THIS INFORMATION.
U⸱⸱JTHORIZED DISSEMINATION WILL SUBJECT THE DISSEMINATOR TO CRIMINAL AND
CIVIL PENALTIES.

BASED ON SID NUMBER ONLY


END OF RECORD



NNNN
0012 15:53:36 12/01/92

**DECLARATION OF** Carmella Coley

**PURSUANT TO 28 U.S.C. § 1746**

My Name is Carmella Coley, I do remember that Linwood, Chiles Sandra Reavis, James Roane (Jr) and myself Carmella Coley did go to Howard Johnson. At that time I went up to the room with Sandra and the other. I stay their for no more than fifteen minutes and left with Linwood Chiles. Honestly I don't remember the dates if went to the hotel (Howard Johnson) with Sandra Linwood and James Roane Jr.

I hereby certify that the facts set forth above are true and correct to the best of my

personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to

28 U.S.C. § 1746

*Carmelle Coley*

DATED: June 08, 2008

**DECLARATION OF** <u>Jerry Gaiters</u>
**PURSUANT TO 28 U.S.C. § 1746**

1. My name is Jerry Gaiters, I testified at the trial of U.S. v. Tipton, Johnson, Roane and Reavis.

2. I knew Doug Moody. Before he was killed, he was out of prison and was trying to get his life together. He was not dealing drugs or involved in the drug business around that time. I remember that he had a job and was trying to make a little money to help out his mama.

3. I remember when Doug got killed. I wasn't there at the time but was in the neighborhood a couple hours before. James Roane

I hereby certify that the facts set forth above are true and correct to the best of my

personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to

28 U.S.C. § 1746

*Jerry R. Gaiters Jr.*

DATED: May 20, 2008

**DECLARATION OF** _Jerry Gaiters_
**PURSUANT TO 28 U.S.C. § 1746**

was not in the neighborhood that night within a couple hours of Doug's killing. If he was there in the area that night, I would have seen him. I always saw him around there.

4. Everybody in the neighborhood knew that James had nothing to do with Doug's killing. During interviews with the government they asked me what I knew about all the killings. When I testified they never asked what I knew ~~about~~ and what I had heard about Doug Moody's murder. J.G.

5. I knew Tipton and "O" were dealing in the area and worked

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746

_Jerry R. Gaiters Jr._

DATED: May 20, 2008

**DECLARATION OF** Jerry Garters
**PURSUANT TO 28 U.S.C. § 1746**

together. It was my understanding that "O" was the head of their thing. From what I knew, it seemed that James Roane was working for himself most of the time.

6. I have never testified about these things in court. I am giving this information freely and have not been threatened or coerced.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to

28 U.S.C. § 1746

*Jerry R. Garters Jr.*

DATED: May 20, 2008

## DECLARATION OF EARL GRANGER, JR.
## PURSUANT TO 28 U.S.C. § 1746

1.     My name is Earl Granger. I live in Richmond, Virginia. I know James Roane, Jr., who has been convicted of the murder of Douglas Moody.

2.     I am a longtime friend of Douglas Moody's mother, Catherine Watlington. Ms. Watlington and I have talked several times about her son's death and James Roane's case. Ms. Watlington told me that she understands that James Roane did not kill her son. Recently Ms. Watlington reviewed the affidavit of Gina Taylor, an eyewitness to Douglas Moody's murder. Ms. Watlington understands that Gina Taylor saw Keith Barley kill her son, that Barley confessed to Gina Taylor, and that Gina Taylor was not forthcoming with the facts in her affidavit because she was scared of Keith Barley and what he might do to her. Ms. Watlington told me that she does not want to see James Roane executed for her son's murder. Ms. Watlington told me that she does not want to see anyone else killed. Ms. Watlington also told me that she is upset that her son, Douglas Moody, was portrayed in court as a drug dealer. She said that her son was not a drug dealer. She told me that her son was a drug addict who never had any money at all and in fact used to ask her for money.

3.     I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

_____
Earl Granger, Jr.

Richmond, VA
DATED: 9/9/08

A-70

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

PAGES 20

UNITED STATES OF AMERICA

V.

JOHN DOE, AKA WHITEY

and JOHN DOE, AKA O.          GRAND JURY 92-1

TESTIMONY OF DENISE BERKLEY

before a full quorum of the grand jury

on March 17, 1992, at 4:20 p.m.

Foreman:  CHRIS SNEED

Assistant Foreman:  MARY A. McNULTY

Assistant U. S. Attorney:  HOWARD C. VICK, JR.

Reporter:  Rhonda D. Kasten

ACCU-BETA DEPOSITIONS, VIDEOS & IMAGES, INC.
(804) 746-0746
1-800-428-2228

DENISE BERKLEY, called as a witness, having been first duly sworn, testifies and says under oath as follows:

EXAMINATION BY MR. VICK:

Q    Would you state your full name for the record and grand jury please.

A    Denise Robin Berkley.

Q    You're 29 years old.  Is that correct?

A    Yes.

Q    You've got an 8th grade education?

A    Yes.

Q    You've got some misdemeanor convictions but no prior felony convictions.  Correct?

A    Right.

Q    You are here because you agreed to give information concerning individuals by the name of O., and Whitey, V., E.B., Sandra, and other individuals that you were involved with in some criminal conduct.  Is that correct?

A    Yes.

Q    In fact, you came forward to testify.  You came forward and contacted the police and have agreed to testify after the murder of a man named Linwood Chiles and Curtis Thorne.  Is that correct?

A       Yes.

Q       You believe their murder to be conducted by O. and Whitey, and you believe yourself to be threatened by these people. Is that correct?

A       Yes.

Q       You've come forward to provide testimony for those reasons?

A       Yes.

Q       You met O. and Whitey in November of 1991. Is that correct?

A       Yes.

Q       Just about four or five months ago, you met them. You have come, since that point, to be associated with O., Whitey, a fellow by the name of E.B., who is a 15-year old juvenile. Is that correct?

A       Yes.

Q       Mousey, Pepsi, Papoose, J.R., Jerry, Denise, Linwood Chiles, Sandra and Curt. Those are the first names of people?

A       Yes.

Q       You refer to yourself as what?

A       Denise.

Q       No. You refer to that group of people I've described as what?

A       As the family.

Q        Where did you get that name, the family?

A        From Whitey and O.

Q        Were you associated--was that group of people associated in the sale of crack cocaine?

A        Yes.

Q        Cook 'em up, it's called, too. Isn't it?

A        Yes.

Q        What were Whitey and O.'s roles in the family, as far as the cook 'em up goes?

A        O. was like the leader, as far as dishing it out to different people in the group. Whitey, he was like, he was more like--something like O., but he was more like, you know, listening to what O. was, you know.

Q        How about V., a man who was identified as V.?

A        V., he was more like-- I don't know, he was more like the aggressive type one. He was more-- To me, he was more over the top of all of them, but he was mostly the one that was-- Like O. is the one that, as far as to tell who we give it to, but V., he was--

Q        V. was in charge of counting the

money?

A    Yes, he was in charge of the money.

Q    He actually did a lot of the cooking of the cocaine. Didn't he?

A    Yes, he was mostly, you know, like bagging it and stuff like that.

Q    J.R. is J.R. Rome. Correct?

A    Yes.

Q    Jerry is Jerry Gathers?

A    Jerry Gathers.

Q    E.B., or E.V., as he's called, is a juvenile, 15 years old?

A    Yes.

Q    Are they all part of an organization, a group that banded together with each other to sell cocaine?

A    Yes.

Q    You met them through J.R. Rome. Did you not?

A    Yes, I did.

Q    You met Whitey through J.R. Rome?

A    Yes.

Q    You ended up cleaning his house for him. Did you not?

A    Yes.

Q      There came a point when you were actually cleaning the house-- Whitey lived with O.?

A      Yes, O. had started living with Whitey.

Q      Where was that?  What location was that?

A      On Norton Street.

Q      That's here in Richmond?

A      Yes.

Q      There came a point in January--on some point in January when you were asked to dispose of certain boxes that they had gotten.  Could you tell the grand jury about that?

A      Yes.  They had bought two Uzi's and two other little guns, and they told me to take the box that the guns came out of, told me to dispose of it.  So I had put it in a plastic bag and was taking it to throw it down the sewer.

Q      Did you do that?

A      Yes, I did.

Q      When you said, two other little guns, do you know what kind they were?  Handguns?

A      Yes, they was handguns.

Q      Pistols?

A      Yes, with the clips.

Q       So they were semiautomatic pistols?

A       Yes.

Q       For instance, it would be a 9 millimeter-- Are you familiar with guns at all?

A       Not too good, no.

Q       You also got involved with them, and you smoked some of the cocaine that they gave you. Didn't you?

A       Yes.

Q       You would get crack cocaine for cleaning their house?

A       For cleaning their house, going to the store for them, and basically cleaning the house up and making groceries for them.

Q       They had a group of people, O. and Whitey now, who sold cocaine for them. Is that correct?

A       Yes.

Q       That they would give their cocaine to, to distribute?

A       Yes.

Q       Was Linwood Chiles one of those people?

A       Yes.

Q       Was Pracilla Green, also known as

Pepsi, one of those people?

A      Yes.

Q      Was Curt?

A      Yes.

Q      What's Curt's last name?

A      I don't know his last name.

Q      Would it be Curtis Thorne?

A      I think that's his last name.

Q      You're talking about the same Curt that was killed with Linwood Chiles in his automobile?

A      Yes.

Q      Mousey?

A      Yes.

Q      You also said that there were other people in the group. For example, Wild Man?

A      Yes.

Q      Is that a nickname?

A      Yes.

Q      There came a point when you had a falling out with Whitey and O. Is that right?

A      Yes, I had a falling out mostly with O.

Q      Could you tell the ladies and gentlemen of the grand jury about that falling out?

A      I had left after-- Me and Mousey had

left together. We went over to her brother's house over on Church Hill, because he caught an attitude with me and her because he had gave me three of them things to sell.

Q        Three rocks of crack cocaine?

A        Yes, three rocks to sell. And I smoked them. We had went over to her brother's house. When I came back-- I came back by myself, and I tried to talk to him. He hit me in my face.

Q        Who hit you?

A        O. hit me in my face with his fist. Then E.B. jumped on me and hit me with a stick. Sandra and O. went into the bathroom to talk.

Q        Who is Sandra?

A        Sandra was J.R.'s girlfriend. She was in on the group too.

Q        That's J.R. Rome?

A        Yes.

Q        Do you know her last name?

A        No.

Q        Shortly after they beat you up or hit you in your face, you were asked to go talk to O. in the bathroom. Is that correct?

A        Yes, after him and Sandra was in the bathroom. Sandra came out and said that O. wants to

see me in the bathroom. So when I went in there, O.
set me there and told me, he said, "I'm going to give
you another chance." He said, "I want you to do
something for me." So I asked him what. He told me,
"I want you to off Mousey off, or I'm going to have
Sandra to off you off."

Q When you said off you off, what do
you mean?

A He wanted me to kill Mousey.

Q Who was Mousey? What's her last
name?

A Mousey was Dorothy Armstrong.

Q Did Dorothy Armstrong end up getting
murdered?

A Yes.

Q When?

A I guess that happened that same
night or the next day. The next day, I know she was
dead; her and her brother and another guy.

Q You didn't actually do it. Did you?

A No.

Q Do you know who did?

A I think they did. O. and Whitey,
and V.

Q Do you know whether O. and Whitey

were upset with her about something?

A  Yes.  They was upset because they said that she owed them some money.

Q  Money for what?  For the crack cocaine?

A  From the crack, yes.

Q  You left that evening and didn't see them for a couple of days.  Is that correct?

A  Yes.

Q  When did you next see them?

A  It was a couple of days afterwards when I seen them, when I seen them.  When me and Sandra was going to the 7-Eleven, I seen O. and Whitey walking down the street.  We picked them up, and they went to 7-Eleven where we was going to get something to eat.  Then they came back.  All of us came back and parked on Clay Street.  That's when they asked Linwood Chiles to take them somewhere, to take them out from around there.

Q  Where would they get the cocaine that they sold?

A  New York.

Q  Where would they cook it up?

A  First they was cooking it at Papoose's house.  Then his electric stopped.  Then

ACCU-BETA DEPOSITIONS, VIDEOS & IMAGES, INC.
(804) 746-0746
1-800-428-2228

they took and cooked it over on Peesue [sic.] house. Then they started cooking it on Moore Street.

Q    Did Linwood help them by driving them around where they wanted to to go?

A    Yes.

Q    Did he take them to New York to get cocaine?

A    He took them one time.

Q    Have you heard these people indicate that O. and Whitey, E.B., V., J.R. Rome, Jerry Gathers, have you ever heard them indicate that they wanted to hurt anybody?

A    Yes. They was talking about Doug and K.K., you know, that they was going to do something to them because they heard something about a tape.

Q    Tell us about that tape, what you understood to be concerned about?

A    I was in a house on Norton Street, and they came. They was checking the guns and getting--

Q    Who is they?

A    It was J.R., V. and Whitey and O.

Q    They were checking their guns?

A    Yes.

Q        The Uzi's that you had seen them with before?

A        Yes.

Q        And the other handguns?

A        Yes.

Q        Where were they talking about going?

A        J.R. came in behind. He had came in, but he left, and he came back in. He said that he overheard Doug and K.K. talking about something on a tape. I don't know. It was something about a tape.

Q        Doug is Doug Moody?

A        Yes.

Q        Morris is Payton Morris Johnson?

A        Yes.

Q        They wanted to kill those people. Didn't they?

A        Yes.

Q        You heard them talking about wanting to kill these people because of something on a tape?

A        Yes.

Q        Do you know, Denise, whether Payton Johnson and Doug Moody have indeed been killed?

A        Yes.

Q        When were they killed in relation to that conversation?

A        That night.  They had left out, and the next thing you know, Morris got killed.  He was shot.

Q        You actually witnessed the murder of Doug Moody.  Did you not?

A        Yes, I did.

Q        Tell the ladies and gentlemen of the grand jury about that.

A        Me and Mousey came out one night and went around to a club and went to the sky house, and we set in.  We smoked some rocks, crack, or whatever.  We heard some shots.  We heard one shot, and we didn't know what it was.  We thought it was the police or something.  So we stopped, got--

Q        In the house you were in, you heard a shot.  Didn't you?

A        Yes.  Then we heard another shot.  Then we heard a glass break.

Q        Who was in that house with you?

A        It was me, Mousey, Stanker [sic.] and another girl.  I don't know her name.

Q        Where did the shot come from in relation to where you were?

A        In the hallway in the back.

Q        Who was in the back in the location

where the shot came from?

A    It was just another guy. He was in the middle room. He was like, selling liquor.

Q    Who was in the room where the shot came from?

A    At the time, I didn't know.

Q    Did you come to find out later who was in that room?

A    Yes. It was him, and Whitey had got the struggler.

Q    Who is him? Is that Doug Moody?

A    Doug Moody and Whitey got the struggler. When I came back outside, when I went outside, that's when I seen Doug was hollering, "J.R., stop. Stop. You're hurting me, trying to kill me." J.R. had ran back across the street.

Q    J.R. Rome?

A    Yes, had ran across the street with me, Mousey, Linwood, Pepsi--

Q    Pepsi is Pracilla Green?

A    Yes.

Q    She was shot the same night as Linwood Chiles and Curtis Thorne?

A    Yes.

Q    You saw J.R. Rome actually stab Doug

Moody that evening. Didn't you?

A    Yes, I did.

Q    How many times did you see him stab him?

A    At least about four times.

Q    What did he do with the knife that he used to stab him?

A    He gave it to Pracilla Green and told her to get rid of it.

Q    That's Pepsi?

A    Yes.

A    Did Pepsi leave that evening?

A    Yes. All them left except me and Mousey.

Q    Who left?

A    Pracilla Green, Curt, Linwood, J.R., and Sandra.

Q    They left all together in Linwood's car?

A    In Linwood's station wagon.

Q    You had a conversation with Whitey later that evening where he admitted shooting Doug Moody in the back room. Didn't he?

A    Yes. All of us was over on Moore Street. When me and Mousey came to the house, he was

bragging about it, that he had took and shot him and they got to fighting and carrying on. He ran out of there.

Q        Are you familiar with a girl by the name of Annette Rosier?

A        Net. Okay, yes.

Q        What happened to her?

A        As far as I know, she got killed on the railroad tracks.

Q        Tell the ladies and gentlemen what you know about that.

A        I was on Moore Street that evening. When I looked out the window I seen Jerry Gathers coming to the house. When I opened the door, I told him, because most likely, they was coming in looking for O. and Whitey, and I told them they wasn't there. He told me that Net got killed. I said, "What you talking about?" He said, "Net, that's who they found up on the railroad tracks on Lumbardy and--" I don't know the name of the other street.

Q        Have you heard who killed Net?

A        I heard Jerry Gathers was the one that did it.

Q        Mousey has also been killed. Hasn't she?

A    Yes.

Q    Tell the ladies and gentlemen of the jury about her murder, where that occurred and who else was killed with her.

A    Over on Church Hill, I think.

Q    In her brother's house?

A    Yes, in her brother's house.

Q    Bobby Long?

A    Yes.

Q    Bobby Long was also killed. Is that correct?

A    Yes, and another guy.

Q    You don't know the other guy? Timothy Carter? Does that mean anything to you?

A    No. I mean, I seen him, but I don't know him.

Q    The three of them were murdered in there together that night. Correct?

A    Yes.

Q    Do you know who murdered them?

A    It had to be them, because that night, they was talking about, they knew where she was. You know, they knew that she was with her brother, but they didn't know where the house was.

Q    Who was they?

A        Mostly O. was doing the talking.

Q        Why was he concerned about where Mousey was?

A        Because he said she had owed him some money, and she had left.

Q        Was he going to look for her?

A        That's what he told me, he was going to look for her.

Q        Did they have firearms with them?

A        I don't know.  I know they kept it in the house with them, so I don't know.

Q        On the evening she was murdered, he was angry with her over money and was going to look for her at her brother's house?

A        Yes, that's what he told me.

Q        That was who again?

A        That was O.

Q        Do you know anything about the murders of Linwood Chiles and Curtis Thorne?

A        No, I heard that on the TV.  That's what made me come in.

Q        Did you sell some cocaine for them?

A        They wanted me to sell three, 20's. That was the first time, but I didn't sell it, I smoked it.

Q        That's why they were mad at you?

A        Yes.

Q        You've been told that they want to kill you, too. Haven't you?

A        Yes.

Q        By whom?

A        I heard it by some people up where I lived at. They told me to stay away because they got the word that they wanted to kill a girl and two guys. I assumed then that, I was in with them, and Papoose was in with them. I would assume they was talking about me.

Q        When O. asked you to kill Mousey, was that the same time he was having a conversation about where Mousey was, that he knows she was up at her brother's house?

A        Yes.

Q        One further question. Denise, you have not given us all the knowledge you have here today. You've simply responded to the questions I've asked you. Is that correct?

A        Yes.

MR. VICK: You're free to go at this point.

(Whereupon, the proceedings

concluded at approximately 4:39 p.m.)

CERTIFICATE OF REPORTER

STATE OF VIRGINIA

COUNTY OF HANOVER, TO WIT:

I, Rhonda D. Kasten, certify that I reported and transcribed the foregoing, which is complete and accurate, to the best of my ability.

I am not related to nor employed by any counsel, party or witness, and have no interest in this matter.

Given under my hand this 31st day of March, 1992.

_____

Rhonda D. Kasten, Court Reporter

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

                                        PAGES 18

UNITED STATES OF AMERICA

V.

JOHN DOE, AKA WHITEY,

and JOHN DOE, AKA O.                GRAND JURY 92-1


        TESTIMONY OF ROBERT DAVIS

        before a full quorum of the grand jury

        on March 17, 1992, at 4:40 p.m.


        Foreman:  CHRIS SNEED

        Assistant Foreman:  MARY A. McNULTY


        Assistant U. S. Attorney:  HOWARD C. VICK, JR.



        Reporter:  Rhonda D. Kasten









ORIGINAL


        ACCU-BETA DEPOSITIONS, VIDEOS & IMAGES, INC.
                (804) 746-0746
                1-800-428-2228

ROBERT DAVIS, called as a witness, having been first duly sworn, testifies and says under oath as follows:

EXAMINATION BY MR. VICK:

Q You're Robert Davis. Is that correct?

A Yes.

Q Is that your full name, Robert Davis?

A Yes.

Q Your nickname is Papoose?

A Yes.

Q The grand jury has heard some testimony about a lady by the name of Dorothy Armstrong, also known as Mousey. That was your sister or half sister. Correct?

A My sister.

Q Bobby Long, an individual who was killed along with your sister, he was your brother. Is that correct?

A Yes.

Q You are 40 years old?

A Yes, I am.

Q You've got no prior felony record?

A Nope.

Q You have been convicted of some

misdemeanors?

A        Yes.

Q        Why did you choose to come forward and cooperate?  You have chosen to de so as witnessed by your testimony here today.  Why did you choose to come forward and cooperate?

A        I feel my life is in jeopardy.

Q        Do you know an individual by the name of O. and another individual by the name of Whitey?

A        Yes, I do.

Q        Is that the only name by which you know them?

A        Yes.

Q        In November of 1991, O. actually ended up living with you for a short period.  Is that right?

A        Yes, he did.

Q        How did that come to pass?

A        I met him through a person named Swain.

Q        Would that be spelled S-w-a-i-n?

A        I don't know how you spell it.

Q        Am I pronouncing it correctly, Swain?

A    Yes.

Q    Do you know whether O. was involved in the distribution of cocaine, crack cocaine?

A    Yes, I do.  Yes.

Q    How do you know that?

A    He sold from my house sometimes.

Q    Where do you live?

A    512 Hancock Street.

Q    Did you receive any cocaine from him?

A    Yes, I have.

Q    How much?

A    About five, $20 worth.  Sometimes he gave me a 20 or so just to keep, just for me to use at my house.

Q    Did your sister Mousey sell cocaine for him?

A    She, she did.

Q    How much cocaine did she sell for him?

A    Sometimes about $300 worth, $600 worth a day.

Q    Where would she sell that cocaine?

A    From my house.

Q    Is that on Norton Street?

A        No.  That's on Hancock Street.

Q        Do you know an individual by the name of V.?

A        Yes.

Q        How do you know the individual by the name of V.?

A        Through O.

Q        After O. moved in with you, when did you first meet Whitey?

A        A couple of days later.

Q        When did you first meet V.?

A        About a month later, in January.

Q        Do you know where they came from?

A        New York.

Q        Do you know what their purpose of being here in Richmond was?

A        At the time no, but now I do.

Q        What was that?

A        Drugs.

Q        Did you ever see them cooking their cocaine?

A        Yes.

Q        On how many different occasions, approximately, have you seen them cooking their cocaine?

A       How many occasions?

Q       Yes.  They used your house to cook cocaine.  Did they not?

A       Yes, my kitchen.

Q       Generally, what sort of quantities would they be cooking the cocaine?

A       They had sandwich bags.

Q       How many sandwich bags?

A       About three or four, four or five, sandwich bags.

Q       Three, four, five, six, seven bags?

A       Yes.

Q       On how many days in a week generally would they be cooking cocaine?

A       About once or twice, whenever they ran out.

Q       When they ran out, where would they go to get more cocaine?

A       They say they was going to New York.

Q       Do you know an individual by the name of Linwood Chiles?

A       Yes.

Q       Did he associate himself with them in the distribution of cocaine?

A       Yes, he did.

ACCU-BETA DEPOSITIONS, VIDEOS & IMAGES, INC.
(804) 746-0746
1-800-428-2228

Q   He also drove them. Did he not?

A   Yes.

Q   Do you whether he took them to New York?

A   I heard he drove them once.

Q   This individual, Swain also sold cocaine with them. Is that right?

A   Yes.

Q   He got beaten up by O. and Whitey on one occasion. Did he not?

A   Yes.

Q   How do you know that?

A   He owed them some money.

Q   He owed them money for cocaine?

A   Yes.

Q   Of the group that you've described, O., Whitey, E.B. -- Do you know E.B.?

A   Yes.

Q   Who is he?

A   He was a young guy from New York.

Q   Do you know a guy there by the name of Jerry Gathers?

A   Yes, he's my cousin.

Q   Was Jerry Gathers associated with them?

A        He used to sell for them, too.

Q        He used to sell for O. and Whitey?

A        Yes.

Q        How about V.?  What was his relationship to O. and Whitey?

A        He would cut up and count the money with them.

Q        Did anyone of this group seem to be in charge?

A        O.

Q        How was he in charge?  Did he give directions to the others?

A        They all sit there and talk, and he'll give them opinions.  They all listen to his words before they listen to anyone else's.

Q        You were present for those conversations?

A        Sometimes.

Q        J.R. Rome, do you know him?

A        Yes.

Q        Was he associated with Gathers, E.B, V., O., and Whitey?

A        Yes, he was.

Q        How was he associated with him?

A        He was one of the main guys, too.

Q        When you say--

A        Okay.  E.B., V., James Rome, Jr., O., Whitey.  All of them were the top five.

Q        Did they have people selling cocaine for them?

A        Yes.

Q        Approximately how many people did they have selling cocaine for them?

A        O., my sister, and Curt.

Q        What was his last name?

A        Curt Thorne.

Q        He was killed with Linwood Chiles. Was he not?

A        Yes, he was.

Q        Was Linwood Chiles actually selling cocaine for him?

A        I don't know about that.

Q        You sold cocaine for them too, small quantities?

A        Yes.  They had to give me some because they was using my house.  They would give me maybe five and give them half, and I keep the half for using my house.

Q        Did you have a conversation with your sister Mousey before she was killed about an

individual by the name of Annette Rosier?

A     Yes.

Q     What did Mousey tell you about that?

A     She said they killed Net. Jerry killed Net.

Q     Jerry Gathers?

A     Yes.

Q     Killed Annette for what reason? Do you know?

A     I don't know. She was crying.

Q     When was that, approximately?

A     That was before I went in the hospital.

Q     Was it the day that she was killed?

A     No, my sister was killed--

Q     No. The day that Annette Rosier was killed.

A     I don't know what day it was. She just came do me and said that Net was killed by Jerry.

Q     Your sister Mousey also told you about the murder of Doug Moody. Didn't she?

A     Yes.

Q     What did she tell you about that?

A     She said they killed Jerry, that had killed--not Jerry, but Whitey and J.R. killed Doug.

She had the scissors, and they took the scissors from her.

Q        What was done with those scissors?

A        I don't know.

Q        Were they used to stab them?

A        They used the scissors.  I heard on the news that he had been stabbed several times.

Q        Was O. involved in that in any way, do you know?

A        Not that I know of.

Q        So Whitey and J.R. Rome, according to your sister's testimony, killed-- According to your sister's--

A        Yes, she was crying.  She got scared.

Q        Did you ever hear this group that you've described, the same group; O., Whitey, E.B., V., J.R., Jerry Gathers, did you ever hear them talk about harming people, hurting people?

A        No, because I jumped on them.  I said, "I'm not for no killing nobody.  I just want to make some money."

Q        Did you hear whether they were upset with people over money?

A        I knew they were upset with some

people.

Q You used to hold guns for them. Didn't you?

A Yes.

Q Let me back up. What people did you know them to be upset with?

A They were upset with Swain about some money.

Q They were upset with Mousey over money, too. Weren't they?

A Yes. O. said one day, about two weeks before I went in the hospital, he said, "You know your sister is messing with the money." I said, "Well, just don't give her no more." But they kept on giving it to her. She come jumped on me and messed my eye up, and I went in the hospital.

Q You held guns for them. Didn't you?

A Yes.

Q What type of guns did you hold for them?

A It looked like a 45, a 9 millimeter. It was a long Uzi and a small Uzi.

Q So you held two Uzi's and a 9 millimeter or a 45 semiautomatic gun. Where would you keep them?

A        In the backyard in a trash can.

Q        Did they come and get these guns around the time that you know Morris to have been killed?

A        Yes.

Q        Tell us about that.

A        Okay.   I was in the house looking at the television, and they came in.  They said, "Papoose."  I said, "What?"  They said, "Let me get the guns."  And J.R. said, "Don't say nothing.  Just get the guns."

Q        Did you get them the guns?

A        Yes.

Q        Where did you keep them?

A        In the back yard in the trash can.

Q        About an hour later, they came back and brought you those same guns back.  Didn't they?

A        Yes.

Q        Who was there?

A        J.R., O., and E.B.

Q        Did they say anything to each other about the guns?

A        No.  Somebody said, "Did you empty it?"  He say, "Yeah, she was good."

Q        Who said that?

A     J.R.

Q     J.R. said--

A     That she was good.

Q     Who asked him, "Did you empty the gun?"

A     O.

Q     O. asked J.R., "Did you empty the gun?"

A     Right.

Q     J.R. said--

A     Yeah.

Q     You found out later that that was the time that Morris Moody was killed--or excuse me, Morris Johnson was killed?

A     Yeah.  Mousey told me the day she was killed.

Q     Just prior to that, you also held other guns, a 357 Magnum and a 22 caliber gun.  Isn't that correct?

A     Yes.

Q     You held that for these same people?

A     Yes.  I didn't know it was in the house until Mousey told me.

A     Did they get those guns, the 357 and the 22 from you sometime around the murder of Doug

Moody?

A    Yes, they came and got it.  One was missing.

Q    Who came and got them?

A    J.R.

Q    Did they return those guns?

A    No.

Q    So you never saw those guns after Doug Moody's murder?

A    No.

Q    J.R. got that gun?

A    Yes.

Q    On the evening they came and got the guns, when Morris Johnson was killed, who got the handgun, the 9 millimeter or the 45?

A    All those were in the bag.

Q    Did J.R. have the Uzi?

A    He had one Uzi.  All of it was in the bag.

Q    Did O. have an Uzi?

A    O. had an Uzi.  J.R. had an Uzi and E.B. had the small handgun.

Q    Describe for us the type of bag you had.

A    A black nylon bag with a sealing on

it, medium black.

Q You were in the hospital when Mousey was killed. Were you not?

A Yes.

Q And your brother, Bobby Lee, and an individual by the name of Tony Carter?

A Yes.

Q They were killed by being shot?

A Yes.

Q Do you know who killed them?

A The paper said Jerry Gathers.

Q You just know what you have read in the newspaper on that particular murder?

A Yes.

Q Linwood Chiles, you know him to have been murdered, too. Don't you?

A Yes.

Q Do you know whether Linwood Chiles was associated with this group, O., Whitey, J.R.?

A Yes.

Q What did he do for them?

A He was driving for them, and he used to go to his house.

Q They used to do what?

A Go to his house.

Q        How about Curtis Thorne? Was he associated with them?

A        Yes.

Q        What did he do for them?

A        He sold for them, too.

Q        The two girls who were in the car on the evening of their murder, Gwen and Pracilla Green, were they associated with these people?

A        They knew them.

Q        Did Pepsi, Pracilla Green, or did Gwen-- would they get people and direct them to O. and Whitey and E.B. and V. to purchase drugs?

A        Yes. O. put me up. After my first surgery, my sister got killed. They put me in the hotel room-- Curt and Pepsi kept me in a hotel room to keep me out of the streets for a while.

Q        You got your eye taken out. Didn't you? That was your operation?

A        Yes.

Q        You were stabbed in that eye by your sister Mousey?

A        Yes.

Q        You know who actually sold for who within that group. Don't you?

A        Yes.

Q        O. had Mousey and Curt selling his cocaine for him. Did he not?

A        Yes.

Q        Whitey had Jerry Gathers and Curt selling his cocaine?

A        Yes.

Q        J.R. Rome had Sandra, his girlfriend-- Do you know her last name?

A        I don't know.

Q        Sandra and Curt selling his cocaine?

A        Curt left J.R. and Whitey and started working with O.

Q        V. actually would cook up the cocaine and keep the money. Is that right?

A        And count it, yes.

Q        Who provided direction for this group?

A        Usually O.

Q        E.B. also sold cocaine. Did he not?

A        I know he was selling it, but he never did smoke none.

Q        He was here constantly associating with this group?

A        Yes. Like I say, all of them were from New York.

MR. VICK: I have no further questions for Mr. Davis. If the grand jury has any questions, ask them now. You're free to step outside.

(Whereupon, the proceedings concluded at approximately 4:56 p.m.)

CERTIFICATE OF REPORTER

STATE OF VIRGINIA

COUNTY OF HANOVER, TO WIT:

I, Rhonda D. Kasten, certify that I reported and transcribed the foregoing, which is complete and accurate, to the best of my ability.

I am not related to nor employed by any counsel, party or witness, and have no interest in this matter.

Given under my hand this 31st day of March, 1992.

_____
Rhonda D. Kasten, Court Reporter

ACCU-BETA DEPOSITIONS, VIDEOS & IMAGES, INC.
(804) 746-0746
1-800-428-2228

**BARLEY, KEITH ALEXANDER**

 

Photo Date: 10/31/96 12:00:00 AM                     Photo Date: 10/31/96 12:00:00 AM

BARLEY, KEITH ALEXANDER     (B M  09/08/1976)

R_Photo2                                          A-111

# LOCAL CLIMATOLOGICAL DATA
## Monthly Summary

R.E.BYRD INTERNATIONAL AP.



LATITUDE 37° 30'N    LONGITUDE 77° 20'W    ELEVATION (GROUND) 164 FEET    TIME ZONE EASTERN    13740

| DATE 1 | TEMPERATURE °F | | | | | DEGREE DAYS BASE 65°F | | WEATHER TYPES 1 FOG 2 HEAVY FOG 3 THUNDERSTORM 4 ICE PELLETS 5 HAIL 6 GLAZE 7 DUSTSTORM 8 SMOKE, HAZE 9 BLOWING SNOW 8 | SNOW ICE PELLETS OR ICE ON GROUND AT 0700 INCHES 9 | PRECIPITATION | | AVERAGE STATION PRESSURE | WIND (M.P.H.) | | | | | | | SUNSHINE | | SKY COVER (TENTHS) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MAXIMUM 2 | MINIMUM 3 | AVERAGE 4 | DEPARTURE FROM NORMAL 5 | AVERAGE DEW POINT 6 | HEATING (SEASON BEGINS WITH JUL) 7A | COOLING (SEASON BEGINS WITH JAN) 7B | | | WATER EQUIVALENT (INCHES) 10 | SNOW, ICE PELLETS (INCHES) 11 | IN INCHES ELEV. 177 FEET ABOVE M.S.L. 12 | RESULTANT DIR. 13 | RESULTANT SPEED 14 | AVERAGE SPEED 15 | PEAK GUST SPEED 16 | PEAK GUST DIRECTION 17 | FASTEST 1-MIN SPEED 18 | FASTEST 1-MIN DIRECTION 19 | MINUTES 20 | PERCENT OF TOTAL POSSIBLE 21 | SUNRISE TO SUNSET 22 | MIDNIGHT TO MIDNIGHT 23 |
| 01 | 47 | 35 | 41 | 4 | 33 | 24 | 0 | | 0 | 0.00 | 0.0 | 30.335 | 02 | 7.1 | 7.7 | 15 | N | 12 | 36 | 412 | 71 | 10 | 10 |
| 02 | 49 | 39 | 44 | 7 | 43 | 21 | 0 | 2 | 0 | 0.02 | 0.0 | 30.140 | 01 | 6.6 | 7.0 | 13 | NE | 10 | 03 | 118 | 20 | 10 | 10 |
| 03 | 57 | 49 | 53 | 16 | 51 | 12 | 0 | 1 | 0 | 0.15 | 0.0 | 29.730 | 05 | 13.5 | 13.7 | 32 | NE | 20 | 03 | 165 | 28 | 10 | 10 |
| 04 | 54 | 48 | 51 | 14 | 47 | 14 | 0 | 1 | 0 | 0.69 | 0.0 | 29.410 | 33 | 11.2 | 14.6 | 33 | N | 24 | 36 | 0 | 0 | 10 | 10 |
| 05 | 53 | 40 | 47 | 10 | 41 | 18 | 0 | 1 | 0 | T | 0.0 | 29.635 | 35 | 14.4 | 14.8 | 30 | N | 22 | 34 | 145 | 25 | 9 | 9 |
| 06 | 49 | 30 | 40 | 3 | 32 | 25 | 0 | 1 | 0 | 0.00 | 0.0 | 29.700 | 30 | 2.2 | 4.1 | 15 | SW | 9 | 34 | 419 | 72 | 9 | 7 |
| 07 | 50 | 28 | 39 | 2 | 28 | 26 | 0 | 1 | 0 | 0.00 | 0.0 | 29.900 | 32 | 3.6 | 4.8 | 16 | NW | 12 | 02 | 582 | 100 | 0 | 0 |
| 08 | 52 | 25 | 39 | 2 | 27 | 26 | 0 | 1   8 | 0 | 0.00 | 0.0 | 30.050 | 13 | 0.5 | 3.9 | 13 | N | 12 | 36 | 480 | 82 | 1 | 3 |
| 09 | 54 | 38 | 46 | 9 | 44 | 19 | 0 | 1 | 0 | 0.15 | 0.0 | 29.780 | 19 | 7.8 | 8.6 | 17 | S | 13 | 18 | 19 | 3 | 10 | 9 |
| 10 | 51 | 40 | 46 | 9 | 40 | 19 | 0 | 2 | 0 | 0.01 | 0.0 | 29.620 | 30 | 3.1 | 6.4 | 16 | SW | 12 | 29 | 216 | 37 | 10 | 8 |
| 11 | 49 | 31 | 40 | 3 | 24 | 25 | 0 | | 0 | 0.00 | 0.0 | 29.820 | 26 | 7.0 | 8.7 | 23 | NW | 15 | 25 | 543 | 93 | 1 | 1 |
| 12 | 57 | 27 | 42 | 5 | 29 | 23 | 0 | | 0 | 0.00 | 0.0 | 29.930 | 16 | 6.5 | 7.5 | 18 | S | 15 | 18 | 537 | 91 | 5 | 5 |
| 13 | 57 | 49 | 53* | 17 | 46 | 12 | 0 | 1 | 0 | 0.01 | 0.0 | 29.670 | 18 | 9.7 | 9.9 | 16 | S | 14 | 19 | 88 | 15 | 10 | 10 |
| 14 | 66* | 38 | 52 | 16 | 41 | 13 | 0 | 1 | 0 | 0.02 | 0.0 | 29.210 | 23 | 16.2 | 20.3 | 47 | W | 30 | 23 | 392 | 66 | 6 | 5 |
| 15 | 39 | 24 | 32 | -4 | 8 | 33 | 0 | | 0 | 0.00 | 0.0 | 29.760 | 27 | 5.7 | 9.7 | 21 | NW | 17 | 28 | 592 | 100 | 0 | 1 |
| 16 | 33 | 18 | 26 | -10 | -1 | 39 | 0 | | 0 | 0.00 | 0.0 | 29.810 | 27 | 11.7 | 14.9 | 39 | S | 26 | 29 | 592 | 100 | 0 | 1 |
| 17 | 51 | 18 | 35 | -1 | 12 | 30 | 0 | | 0 | 0.00 | 0.0 | 29.735 | 23 | 11.4 | 12.6 | 32 | SW | 20 | 24 | 460 | 77 | 3 | 6 |
| 18 | 47 | 30 | 39 | 3 | 9 | 26 | 0 | | 0 | 0.00 | 0.0 | 29.915 | 29 | 6.3 | 9.2 | 22 | NE | 14 | 01 | 494 | 83 | 8 | 8 |
| 19 | 30 | 16 | 23* | -13 | 2 | 42 | 0 | | 0 | 0.00 | 0.0 | 30.120 | 01 | 4.9 | 8.3 | 20 | NW | 14 | 03 | 496 | 83 | 4 | 5 |
| 20 | 48 | 16* | 32 | -4 | 15 | 33 | 0 | | 0 | 0.00 | 0.0 | 29.860 | 22 | 6.3 | 9.8 | 25 | SW | 18 | 23 | 420 | 70 | 4 | 3 |
| 21 | 64 | 22 | 43 | 7 | 24 | 22 | 0 | | 0 | 0.00 | 0.0 | 29.860 | 22 | 7.4 | 8.9 | 21 | SW | 16 | 23 | 544 | 91 | 1 | 0 |
| 22 | 53 | 30 | 42 | 6 | 34 | 23 | 0 | 1   8 | 0 | 0.00 | 0.0 | 30.005 | 06 | 6.9 | 8.3 | 20 | E | 15 | 07 | 444 | 74 | 9 | 7 |
| 23 | 63 | 33 | 48 | 12 | 44 | 17 | 0 | 1 | 0 | 0.52 | 0.0 | 29.480 | 20 | 5.0 | 10.9 | 37 | S | 24 | 17 | 40 | 7 | 10 | 9 |
| 24 | 52 | 28 | 40 | 4 | 18 | 25 | 0 | | 0 | 0.00 | 0.0 | 29.590 | 26 | 16.5 | 18.3 | 43 | SW | 29 | 23 | 536 | 89 | 4 | 2 |
| 25 | 38 | 24 | 31 | -6 | 13 | 34 | 0 | | 0 | 0.00 | 0.0 | 30.000 | 22 | 3.5 | 7.7 | 16 | SW | 12 | 23 | 350 | 58 | 9 | 8 |
| 26 | 43 | 23 | 33 | -4 | 18 | 32 | 0 | | 0 | 0.00 | 0.0 | 30.170 | 01 | 5.8 | 8.0 | 24 | NE | 15 | 03 | 566 | 93 | 2 | 2 |
| 27 | 47 | 23 | 35 | -2 | 24 | 30 | 0 | | 0 | 0.00 | 0.0 | 30.285 | 17 | 4.9 | 5.6 | 21 | S | 16 | 17 | 322 | 53 | 10 | 9 |
| 28 | 55 | 34 | 45 | 8 | 35 | 20 | 0 | 1 | 0 | T | 0.0 | 30.120 | 05 | 3.5 | 5.8 | 12 | N | 8 | 03 | 410 | 67 | 5 | 5 |
| 29 | 51 | 28 | 40 | 3 | 30 | 25 | 0 | 1   8 | 0 | 0.00 | 0.0 | 30.070 | 24 | 0.1 | 4.6 | 9 | SE | 8 | 33 | 437 | 71 | 7 | 4 |
| 30 | 56 | 31 | 44 | 7 | 35 | 21 | 0 | 1   9 | 0 | 0.00 | 0.0 | 29.780 | 18 | 3.8 | 5.3 | 13 | SW | 10 | 19 | 384 | 62 | 10 | 7 |
| 31 | 56 | 34 | 45 | 8 | 31 | 20 | 0 | 1   8 | 0 | 0.00 | 0.0 | 29.530 | 31 | 6.0 | 8.1 | 21 | N | 16 | 35 | 399 | 65 | 8 | 6 |

| | SUM | SUM | | | | TOTAL | TOTAL | NUMBER OF DAYS | | TOTAL | TOTAL | | | FOR THE MONTH: | | | | | | TOTAL | % | SUM | SUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1571 | 949 | | | | 749 | 0 | | | 1.57 | 0.0 | 29.840 | 27 | 2.4 | 9.3 | 47 | W | 30 | 23 | 11602 | FOR | 195 | 180 |
| | AVG. | AVG. | AVG. | DEP. | AVG. | DEP. | DEP. | | | DEP. | | | | | | DATE:14 | | DATE: 14 | | | MONTH | AVG. | AVG. |
| | 50.7 | 30.6 | 40.7 | 4.1 | 28.2 | -131 | 0 | ≥ .01 INCH    8 | | -1.66 | | | | | | | | | | 18439 | 63 | 6.3 | 5.8 |

| NUMBER OF DAYS | | | | SEASON TO DATE | | SNOW, ICE PELLETS | | GREATEST IN 24 HOURS AND DATES | | | GREATEST DEPTH ON GROUND OF SNOW, ICE PELLETS OR ICE AND DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAXIMUM TEMP. | | MINIMUM TEMP. | | TOTAL | TOTAL | ≥ 1.0 INCH    0 | | PRECIPITATION | | SNOW, ICE PELLETS | | |
| ≥ 90° | ≤ 32° | ≤ 32° | ≤ 0° | 2059 | 0 | THUNDERSTORMS    0 | | 0.71  03-04 | | 0.0 | 0 | |
| 0 | 1 | 19 | 0 | DEP. | DEP. | HEAVY FOG    2 | | | | | | |
| | | | | -327 | 0 | CLEAR  8   PARTLY CLOUDY  7   CLOUDY 16 | | | | | | |

* EXTREME FOR THE MONTH - LAST OCCURRENCE IF MORE THAN ONE.
T TRACE AMOUNT.
+ ALSO ON EARLIER DATE(S).
HEAVY FOG: VISIBILITY 1/4 MILE OR LESS.
BLANK ENTRIES DENOTE MISSING OR UNREPORTED DATA.

DATA IN COLS 6 AND 12-15 ARE BASED ON 21 OR MORE OBSERVATIONS AT HOURLY INTERVALS. RESULTANT WIND IS THE VECTOR SUM OF WIND SPEEDS AND DIRECTIONS DIVIDED BY THE NUMBER OF OBSERVATIONS. COLS 16 & 17: PEAK GUST - HIGHEST INSTANTANEOUS WIND SPEED. ONE OF TWO WIND SPEEDS IS GIVEN UNDER COLS 18 & 19: FASTEST MILE - HIGHEST RECORDED SPEED FOR WHICH A MILE OF WIND PASSES STATION (DIRECTION IN COMPASS POINTS). FASTEST OBSERVED ONE MINUTE WIND - HIGHEST ONE MINUTE SPEED (DIRECTION IN TENS OF DEGREES). ERRORS WILL BE CORRECTED IN SUBSEQUENT PUBLICATIONS.

I CERTIFY THAT THIS IS AN OFFICIAL PUBLICATION OF THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, AND IS COMPILED FROM RECORDS ON FILE AT THE NATIONAL CLIMATIC DATA CENTER

**noaa**

NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

NATIONAL ENVIRONMENTAL SATELLITE, DATA AND INFORMATION SERVICE

NATIONAL CLIMATIC DATA CENTER ASHEVILLE NORTH CAROLINA

DIRECTOR NATIONAL CLIMATIC DATA CENTER

## OBSERVATIONS AT 3-HOUR INTERVALS

Column key for all daily tables: Hour L.S.T. | Sky Cover (Tenths) | Ceiling in Hundreds of Feet | Visibility Whole Miles | Visibility 16ths Mile | Weather | Temperature Air °F | Wet Bulb °F | Dew Point °F | Rel Humidity % | Wind Direction | Wind Speed (Knots)

### JAN 1st

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 31 | 15 | | | 36 | 33 | 28 | 73 | 36 | 10 |
| 04 | 10 | 35 | 10 | | | 36 | 33 | 28 | 73 | 36 | 7 |
| 07 | 10 | 29 | 8 | | | 36 | 33 | 29 | 76 | 01 | 8 |
| 10 | 10 | 25 | 8 | | | 39 | 36 | 32 | 76 | 03 | 8 |
| 13 | 10 | 27 | 8 | | | 45 | 40 | 34 | 66 | 03 | 6 |
| 16 | 10 | 24 | 8 | | | 47 | 42 | 36 | 66 | 06 | 6 |
| 19 | 10 | 18 | 8 | | | 45 | 41 | 36 | 71 | 05 | 7 |
| 22 | 10 | 14 | 8 | | | 44 | 41 | 36 | 74 | 06 | 7 |

### JAN 2nd

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 11 | 7 | | F | 42 | 39 | 36 | 79 | 01 | 5 |
| 04 | 10 | 5 | 5 | | F | 40 | 39 | 38 | 93 | 36 | 8 |
| 07 | 10 | 1 | 0 | 3 | F | 39 | 39 | 39 | 100 | 02 | 5 |
| 10 | 10 | 3 | 0 | 2 | F | 42 | 42 | 42 | 100 | 04 | 4 |
| 13 | 10 | 3 | 0 | 12 | F | 46 | 46 | 45 | 96 | 35 | 5 |
| 16 | 10 | 60 | 3 | | F | 48 | 47 | 45 | 89 | 33 | 8 |
| 19 | 10 | 15 | 7 | | | 48 | 46 | 44 | 86 | 01 | 7 |
| 22 | 10 | 4 | 1 | 8 | LF | 48 | 48 | 47 | 96 | 03 | 7 |

### JAN 3rd

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 3 | 1 | | RF | 49 | 49 | 49 | 100 | 05 | 7 |
| 04 | 10 | 110 | 6 | | F | 49 | 49 | 48 | 96 | 04 | 6 |
| 07 | 9 | 250 | 8 | | | 49 | 48 | 47 | 93 | 04 | 7 |
| 10 | 10 | 200 | 10 | | | 54 | 51 | 49 | 83 | 05 | 11 |
| 13 | 10 | 36 | 8 | | R | 55 | 54 | 53 | 93 | 05 | 14 |
| 16 | 10 | 15 | 7 | | | 56 | 54 | 53 | 90 | 06 | 14 |
| 19 | 10 | 40 | 7 | | R | 56 | 54 | 52 | 87 | 06 | 15 |
| 22 | 10 | 10 | 5 | | RF | 54 | 53 | 52 | 93 | 04 | 15 |

### JAN 4th

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 7 | 4 | | LF | 54 | 53 | 52 | 93 | 04 | 15 |
| 04 | 10 | 5 | 4 | | RLF | 50 | 50 | 49 | 96 | 34 | 15 |
| 07 | 10 | 7 | 2 | 8 | LF | 49 | 48 | 47 | 93 | 35 | 18 |
| 10 | 10 | 6 | 2 | 8 | RLF | 48 | 47 | 46 | 93 | 31 | 10 |
| 13 | 10 | 11 | 3 | | RLF | 49 | 48 | 47 | 93 | 28 | 10 |
| 16 | 10 | 16 | 7 | | | 50 | 49 | 47 | 90 | 27 | 9 |
| 19 | 10 | 15 | 5 | | LF | 49 | 48 | 46 | 90 | 28 | 9 |
| 22 | 10 | 4 | 6 | | LF | 48 | 48 | 47 | 96 | 36 | 10 |

### JAN 5th

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 5 | 2 | | LF | 48 | 47 | 46 | 93 | 36 | 18 |
| 04 | 10 | 7 | 3 | | L | 47 | 46 | 45 | 93 | 01 | 10 |
| 07 | 10 | 13 | 10 | | | 48 | 46 | 44 | 86 | 35 | 11 |
| 10 | 10 | 31 | 10 | | | 50 | 47 | 43 | 77 | 36 | 15 |
| 13 | 10 | 39 | 10 | | | 52 | 48 | 43 | 72 | 34 | 19 |
| 16 | 7 | 32 | 10 | | | 52 | 47 | 41 | 66 | 34 | 17 |
| 19 | 2 | UNL | 10 | | | 45 | 41 | 37 | 74 | 36 | 11 |
| 22 | 10 | UNL | 8 | | | 42 | 38 | 32 | 68 | 35 | 12 |

### JAN 6th

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | UNL | 7 | | | 40 | 37 | 32 | 73 | 34 | 8 |
| 04 | 8 | UNL | 7 | | | 38 | 35 | 31 | 76 | 32 | 5 |
| 07 | 10 | UNL | 7 | | | 31 | 31 | 30 | 96 | 32 | 3 |
| 10 | 10 | 300 | 7 | | | 43 | 38 | 31 | 63 | 00 | 0 |
| 13 | 8 | 32 | 8 | | | 46 | 40 | 33 | 61 | 23 | 7 |
| 16 | 8 | 250 | 8 | | | 48 | 42 | 34 | 59 | 29 | 5 |
| 19 | 2 | UNL | 8 | | | 38 | 36 | 34 | 86 | 16 | 3 |
| 22 | 0 | UNL | 7 | | | 33 | 33 | 32 | 96 | 33 | 4 |

### JAN 7th

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0 | UNL | 7 | | | 33 | 32 | 29 | 85 | 35 | 5 |
| 04 | 0 | UNL | 5 | | F | 28 | 27 | 26 | 92 | 00 | 0 |
| 07 | 0 | UNL | 5 | | F | 29 | 28 | 25 | 85 | 32 | 3 |
| 10 | 0 | UNL | 7 | | | 39 | 35 | 29 | 67 | 33 | 5 |
| 13 | 0 | UNL | 7 | | | 47 | 39 | 28 | 48 | 29 | 8 |
| 16 | 0 | UNL | 8 | | | 49 | 41 | 29 | 46 | 29 | 6 |
| 19 | 0 | UNL | 8 | | | 37 | 35 | 31 | 79 | 00 | 9 |
| 22 | 0 | UNL | 8 | | | 36 | 33 | 29 | 76 | 02 | 7 |

### JAN 8th

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0 | UNL | 7 | | | 33 | 31 | 27 | 79 | 01 | 6 |
| 04 | 0 | UNL | 7 | | | 26 | 25 | 23 | 88 | 00 | 0 |
| 07 | 0 | UNL | 5 | | F | 26 | 25 | 24 | 92 | 00 | 0 |
| 10 | 0 | UNL | 5 | | H | 40 | 36 | 31 | 70 | 01 | 7 |
| 13 | 0 | UNL | 7 | | | 49 | 39 | 24 | 38 | 17 | 3 |
| 16 | 1 | UNL | 7 | | | 50 | 40 | 26 | 39 | 22 | 3 |
| 19 | 10 | UNL | 7 | | | 38 | 35 | 30 | 73 | 12 | 6 |
| 22 | 10 | 200 | 7 | | | 39 | 35 | 30 | 70 | 14 | 6 |

### JAN 9th

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 200 | 7 | | | 39 | 37 | 33 | 79 | 15 | 8 |
| 04 | 10 | 200 | 7 | | | 41 | 39 | 36 | 83 | 15 | 6 |
| 07 | 10 | 80 | 6 | | R | 43 | 41 | 39 | 86 | 18 | 8 |
| 10 | 10 | 20 | 6 | | F | 47 | 44 | 40 | 77 | 16 | 10 |
| 13 | 10 | 28 | 2 | | RF | 47 | 47 | 46 | 96 | 18 | 6 |
| 16 | 10 | 9 | 5 | | f | 53 | 52 | 51 | 93 | 20 | 11 |
| 19 | 8 | 90 | 4 | | F | 53 | 51 | 50 | 90 | 21 | 8 |
| 22 | 4 | UNL | 2 | | F | 48 | 48 | 48 | 100 | 20 | 6 |

### JAN 10th

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 3 | 2 | | F | 48 | 48 | 48 | 100 | 24 | 7 |
| 04 | 8 | 7 | 2 | | F | 45 | 45 | 45 | 100 | 35 | 4 |
| 07 | 9 | UNL | 0 | 1 | F | 42 | 42 | 42 | 100 | 00 | 0 |
| 10 | 10 | 70 | 3 | | F | 44 | 44 | 44 | 100 | 04 | 5 |
| 13 | 7 | 250 | 7 | | F | 49 | 44 | 38 | 66 | 04 | 7 |
| 16 | 10 | 50 | 7 | | | 44 | 43 | 41 | 89 | 24 | 6 |
| 19 | 2 | UNL | 7 | | | 42 | 41 | 39 | 89 | 26 | 6 |
| 22 | 2 | UNL | 7 | | | 41 | 37 | 31 | 68 | 30 | 7 |

### JAN 11th

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 7 | 65 | 7 | | | 42 | 35 | 25 | 51 | 29 | 9 |
| 04 | 0 | UNL | 8 | | | 39 | 33 | 23 | 53 | 28 | 8 |
| 07 | 6 | 75 | 8 | | | 36 | 31 | 23 | 59 | 27 | 7 |
| 10 | 0 | UNL | 8 | | | 42 | 36 | 26 | 53 | 24 | 7 |
| 13 | 0 | UNL | 10 | | | 47 | 38 | 24 | 41 | 29 | 7 |
| 16 | 0 | UNL | 10 | | | 48 | 39 | 24 | 39 | 23 | 12 |
| 19 | 0 | UNL | 10 | | | 37 | 33 | 26 | 65 | 21 | 6 |
| 22 | 0 | UNL | 10 | | | 33 | 30 | 24 | 70 | 23 | 5 |

### JAN 12th

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0 | UNL | 10 | | | 31 | 29 | 25 | 79 | 26 | 3 |
| 04 | 0 | UNL | 10 | | | 27 | 26 | 24 | 89 | 02 | 3 |
| 07 | 4 | UNL | 7 | | | 28 | 27 | 25 | 89 | 13 | 3 |
| 10 | 3 | UNL | 7 | | | 44 | 38 | 30 | 58 | 17 | 7 |
| 13 | 1 | UNL | 10 | | | 54 | 44 | 30 | 40 | 16 | 9 |
| 16 | 10 | UNL | 12 | | | 56 | 45 | 30 | 37 | 15 | 10 |
| 19 | 10 | 250 | 12 | | | 50 | 42 | 32 | 50 | 15 | 7 |
| 22 | 10 | 250 | 12 | | | 53 | 44 | 32 | 45 | 18 | 13 |

### JAN 13th

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 70 | 10 | | | 52 | 44 | 33 | 49 | 18 | 9 |
| 04 | 10 | 95 | 10 | | | 50 | 44 | 37 | 61 | 19 | 11 |
| 07 | 10 | 95 | 10 | | | 50 | 45 | 39 | 66 | 20 | 6 |
| 10 | 10 | 50 | 10 | | | 53 | 47 | 41 | 64 | 20 | 8 |
| 13 | 10 | 44 | 7 | | | 54 | 52 | 50 | 86 | 18 | 9 |
| 16 | 10 | 4 | 2 | | F | 54 | 54 | 53 | 96 | 18 | 7 |
| 19 | 10 | 2 | 0 | 12 | F | 54 | 54 | 54 | 100 | 18 | 7 |
| 22 | 10 | 3 | 1 | 8 | F | 56 | 56 | 56 | 100 | 17 | 8 |

### JAN 14th

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 3 | 1 | 8 | LF | 57 | 57 | 57 | 100 | 15 | 11 |
| 04 | 10 | 8 | 5 | | RF | 61 | 60 | 59 | 93 | 17 | 14 |
| 07 | 10 | 13 | 8 | | RW | 63 | 61 | 59 | 87 | 18 | 20 |
| 10 | 2 | UNL | 15 | | | 66 | 56 | 47 | 51 | 23 | 26 |
| 13 | 8 | 65 | 15 | | | 62 | 50 | 38 | 41 | 23 | 25 |
| 16 | 9 | 75 | 15 | | | 56 | 46 | 33 | 42 | 25 | 23 |
| 19 | 0 | UNL | 10 | | | 46 | 37 | 24 | 42 | 25 | 18 |
| 22 | 0 | UNL | 10 | | | 40 | 33 | 20 | 45 | 27 | 13 |

### JAN 15th

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0 | UNL | 10 | | | 37 | 30 | 17 | 44 | 28 | 15 |
| 04 | 0 | UNL | 10 | | | 32 | 26 | 13 | 45 | 31 | 12 |
| 07 | 0 | UNL | 15 | | | 30 | 23 | 6 | 36 | 31 | 12 |
| 10 | 0 | UNL | 15 | | | 32 | 24 | 3 | 29 | 33 | 9 |
| 13 | 0 | UNL | 15 | | | 36 | 27 | 3 | 25 | 32 | 7 |
| 16 | 0 | UNL | 15 | | | 38 | 28 | 5 | 25 | 24 | 7 |
| 19 | 0 | UNL | 10 | | | 29 | 24 | 11 | 47 | 20 | 5 |
| 22 | 1 | UNL | 10 | | | 29 | 23 | 10 | 45 | 19 | 10 |

### JAN 16th

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1 | UNL | 10 | | | 29 | 24 | 12 | 49 | 20 | 10 |
| 04 | 6 | 50 | 12 | | | 33 | 28 | 18 | 54 | 26 | 10 |
| 07 | 2 | UNL | 15 | | | 25 | 19 | -3 | 29 | 30 | 14 |
| 10 | 0 | UNL | 15 | | | 25 | 18 | -9 | 22 | 29 | 23 |
| 13 | 0 | UNL | 15 | | | 26 | 19 | -8 | 22 | 30 | 14 |
| 16 | 0 | UNL | 15 | | | 27 | 19 | -8 | 21 | 27 | 12 |
| 19 | 0 | UNL | 12 | | | 25 | 18 | -6 | 25 | 25 | 12 |
| 22 | 0 | UNL | 10 | | | 21 | 16 | -2 | 36 | 16 | 9 |

### JAN 17th

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 8 | 110 | 10 | | | 21 | 16 | 0 | 40 | 19 | 8 |
| 04 | 10 | 95 | 10 | | | 23 | 18 | 4 | 44 | 19 | 11 |
| 07 | 8 | 110 | 10 | | | 28 | 21 | 4 | 36 | 21 | 10 |
| 10 | 0 | UNL | 10 | | | 35 | 27 | 10 | 35 | 24 | 14 |
| 13 | 0 | UNL | 10 | | | 46 | 34 | 10 | 23 | 24 | 17 |
| 16 | 10 | 180 | 10 | | | 49 | 38 | 20 | 32 | 24 | 13 |
| 19 | 9 | 180 | 12 | | | 46 | 37 | 21 | 37 | 23 | 10 |
| 22 | 10 | UNL | 12 | | | 44 | 35 | 19 | 37 | 27 | 7 |

### JAN 18th

| Hour | Sky | Ceil | Vis Mi | Vis 16th | Wx | Air | Wet | Dew | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 180 | 12 | | | 40 | 32 | 15 | 36 | 31 | 9 |
| 04 | 10 | 150 | 10 | | | 37 | 30 | 16 | 42 | 27 | 4 |
| 07 | 9 | 250 | 10 | | | 34 | 27 | 11 | 38 | 27 | 6 |
| 10 | 9 | 150 | 10 | | | 40 | 30 | 5 | 23 | 26 | 9 |
| 13 | 9 | 150 | 10 | | | 46 | 33 | 7 | 20 | 26 | 10 |
| 16 | 3 | UNL | 10 | | | 45 | 33 | 5 | 19 | 29 | 10 |
| 19 | 8 | 150 | 12 | | | 39 | 29 | 6 | 25 | 31 | 7 |
| 22 | 7 | 150 | 12 | | | 32 | 24 | 3 | 29 | 01 | 12 |

## MAXIMUM SHORT DURATION PRECIPITATION

| TIME PERIOD (MINUTES) | 5 | 10 | 15 | 20 | 30 | 45 | 60 | 80 | 100 | 120 | 150 | 180 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRECIPITATION (INCHES) | 0.06 | 0.08 | 0.09 | 0.09 | 0.13 | 0.19 | 0.24 | 0.27 | 0.31 | 0.31 | 0.31 | 0.39 |
| ENDED: DATE | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 04 |
| ENDED: TIME | 1619 | 1623 | 1627 | 1627 | 1223 | 1238 | 1252 | 1255 | 1255 | 1255 | 1255 | 0659 |

THE PRECIPITATION AMOUNTS FOR THE INDICATED TIME INTERVALS MAY
OCCUR AT ANY TIME DURING THE MONTH. THE TIME INDICATED IS THE
ENDING TIME OF THE INTERVAL. DATE AND TIME ARE NOT ENTERED
FOR TRACE AMOUNTS.

PAGE 2

## OBSERVATIONS AT 3-HOUR INTERVALS

### JAN 19th

| HOUR L.S.T. | SKY COVER (TENTHS) | CEILING IN HUNDREDS OF FEET | WHOLE MILES | 16THS MILE | WEATHER | AIR °F | WET BULB °F | DEW POINT °F | REL HUMIDITY % | DIRECTION | SPEED (KNOTS) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 250 | 12 | | | 29 | 22 | 0 | 28 | 01 | 12 |
| 04 | 8 | 250 | 12 | | | 25 | 19 | 2 | 37 | 02 | 9 |
| 07 | 10 | 250 | 12 | | | 21 | 17 | 5 | 50 | 01 | 8 |
| 10 | 9 | UNL | 12 | | | 22 | 17 | 2 | 42 | 03 | 9 |
| 13 | 0 | UNL | 12 | | | 28 | 21 | 2 | 33 | 30 | 10 |
| 16 | 5 | UNL | 12 | | | 29 | 22 | 0 | 28 | 30 | 8 |
| 19 | 1 | UNL | 12 | | | 22 | 17 | 1 | 40 | 10 | 4 |
| 22 | 2 | UNL | 12 | | | 20 | 16 | 2 | 45 | 13 | 7 |

### JAN 20th

| HOUR L.S.T. | SKY COVER | CEILING | WHOLE MILES | 16THS | WEATHER | AIR °F | WET BULB | DEW POINT | REL HUM % | DIR | SPEED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0 | UNL | 12 | | | 19 | 16 | 5 | 54 | 17 | 4 |
| 04 | 0 | UNL | 12 | | | 19 | 17 | 12 | 74 | 18 | 7 |
| 07 | 0 | 120 | 12 | | | 25 | 21 | 12 | 58 | 19 | 11 |
| 10 | 8 | 90 | 10 | | | 31 | 25 | 12 | 45 | 21 | 12 |
| 13 | 1 | UNL | 10 | | | 44 | 34 | 16 | 32 | 25 | 9 |
| 16 | 0 | UNL | 10 | | | 47 | 37 | 20 | 34 | 27 | 11 |
| 19 | 4 | UNL | 10 | | | 34 | 29 | 20 | 57 | 00 | 0 |
| 22 | 0 | UNL | 10 | | | 30 | 26 | 18 | 61 | 01 | 5 |

### JAN 21st

| HOUR L.S.T. | SKY COVER | CEILING | WHOLE MILES | 16THS | WEATHER | AIR °F | WET BULB | DEW POINT | REL HUM % | DIR | SPEED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0 | UNL | 10 | | | 24 | 22 | 17 | 75 | 14 | 4 |
| 04 | 0 | UNL | 10 | | | 23 | 21 | 17 | 78 | 12 | 3 |
| 07 | 0 | UNL | 10 | | | 25 | 23 | 19 | 78 | 18 | 5 |
| 10 | 1 | UNL | 10 | | | 42 | 35 | 25 | 51 | 23 | 10 |
| 13 | 3 | UNL | 12 | | | 57 | 45 | 28 | 33 | 24 | 10 |
| 16 | 0 | UNL | 12 | | | 63 | 48 | 30 | 29 | 23 | 14 |
| 19 | 0 | UNL | 12 | | | 50 | 41 | 27 | 41 | 20 | 8 |
| 22 | 0 | UNL | 12 | | | 48 | 40 | 28 | 46 | 23 | 8 |

### JAN 22nd

| HOUR L.S.T. | SKY COVER | CEILING | WHOLE MILES | 16THS | WEATHER | AIR °F | WET BULB | DEW POINT | REL HUM % | DIR | SPEED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0 | UNL | 12 | | | 39 | 37 | 35 | 86 | 35 | 3 |
| 04 | 2 | UNL | 8 | | | 35 | 33 | 30 | 82 | 05 | 6 |
| 07 | 4 | UNL | 7 | | | 31 | 30 | 28 | 89 | 01 | 7 |
| 10 | 8 | UNL | 6 | | H | 40 | 38 | 36 | 86 | 06 | 6 |
| 13 | 10 | UNL | 8 | | | 52 | 46 | 39 | 61 | 04 | 9 |
| 16 | 10 | 180 | 8 | | | 49 | 45 | 40 | 71 | 07 | 13 |
| 19 | 8 | 250 | 8 | | | 42 | 39 | 35 | 76 | 08 | 9 |
| 22 | 10 | 140 | 7 | | | 40 | 37 | 34 | 79 | 05 | 4 |

### JAN 23rd

| HOUR L.S.T. | SKY COVER | CEILING | WHOLE MILES | 16THS | WEATHER | AIR °F | WET BULB | DEW POINT | REL HUM % | DIR | SPEED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | UNL | 7 | | | 35 | 35 | 34 | 96 | 35 | 5 |
| 04 | 10 | 27 | 5 | | F | 36 | 35 | 34 | 93 | 36 | 5 |
| 07 | 10 | 120 | 5 | | F | 37 | 36 | 36 | 96 | 33 | 5 |
| 10 | 10 | 50 | 2 | | RF | 38 | 37 | 36 | 93 | 04 | 4 |
| 13 | 10 | 7 | 2 | 8 | RF | 53 | 53 | 53 | 100 | 15 | 14 |
| 16 | 10 | 15 | 12 | | RW | 62 | 59 | 57 | 84 | 19 | 17 |
| 19 | 3 | UNL | 8 | | | 54 | 52 | 50 | 86 | 21 | 10 |
| 22 | 10 | 40 | 8 | | | 52 | 50 | 48 | 86 | 25 | 9 |

### JAN 24th

| HOUR L.S.T. | SKY COVER | CEILING | WHOLE MILES | 16THS | WEATHER | AIR °F | WET BULB | DEW POINT | REL HUM % | DIR | SPEED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 49 | 10 | | | 52 | 48 | 43 | 72 | 25 | 18 |
| 04 | 1 | UNL | 10 | | | 43 | 36 | 25 | 49 | 24 | 10 |
| 07 | 0 | UNL | 10 | | | 40 | 34 | 25 | 55 | 23 | 12 |
| 10 | 1 | UNL | 15 | | | 43 | 36 | 24 | 47 | 25 | 20 |
| 13 | 5 | UNL | 15 | | | 45 | 35 | 16 | 31 | 27 | 20 |
| 16 | 6 | 85 | 15 | | | 43 | 33 | 14 | 31 | 31 | 21 |
| 19 | 0 | UNL | 12 | | | 34 | 26 | 8 | 34 | 31 | 18 |
| 22 | 0 | UNL | 10 | | | 30 | 23 | 6 | 36 | 28 | 12 |

### JAN 25th

| HOUR L.S.T. | SKY COVER | CEILING | WHOLE MILES | 16THS | WEATHER | AIR °F | WET BULB | DEW POINT | REL HUM % | DIR | SPEED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0 | UNL | 10 | | | 27 | 22 | 10 | 49 | 27 | 10 |
| 04 | 9 | UNL | 10 | | | 26 | 22 | 10 | 51 | 23 | 8 |
| 07 | 4 | UNL | 10 | | | 25 | 21 | 11 | 55 | 24 | 8 |
| 10 | 10 | UNL | 10 | | | 34 | 27 | 12 | 40 | 24 | 8 |
| 13 | 10 | 100 | 10 | | | 36 | 28 | 12 | 37 | 22 | 9 |
| 16 | 10 | 100 | 10 | | | 38 | 30 | 14 | 37 | 15 | 9 |
| 19 | 10 | 75 | 10 | | | 36 | 29 | 15 | 42 | 07 | 5 |
| 22 | 5 | UNL | 10 | | | 33 | 28 | 18 | 54 | 10 | 4 |

### JAN 26th

| HOUR L.S.T. | SKY COVER | CEILING | WHOLE MILES | 16THS | WEATHER | AIR °F | WET BULB | DEW POINT | REL HUM % | DIR | SPEED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 49 | 10 | | | 32 | 28 | 21 | 64 | 28 | 5 |
| 04 | 0 | UNL | 8 | | | 30 | 26 | 19 | 64 | 32 | 7 |
| 07 | 0 | UNL | 8 | | | 26 | 24 | 20 | 78 | 35 | 6 |
| 10 | 0 | UNL | 8 | | | 35 | 30 | 20 | 54 | 03 | 13 |
| 13 | 0 | UNL | 10 | | | 41 | 33 | 18 | 40 | 01 | 8 |
| 16 | 9 | 250 | 10 | | | 39 | 32 | 18 | 43 | 03 | 9 |
| 19 | 0 | UNL | 10 | | | 32 | 27 | 17 | 54 | 03 | 8 |
| 22 | 0 | UNL | 10 | | | 28 | 25 | 17 | 63 | 08 | 4 |

### JAN 27th

| HOUR L.S.T. | SKY COVER | CEILING | WHOLE MILES | 16THS | WEATHER | AIR °F | WET BULB | DEW POINT | REL HUM % | DIR | SPEED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0 | UNL | 10 | | | 25 | 23 | 17 | 72 | 00 | 0 |
| 04 | 10 | 250 | 8 | | | 24 | 22 | 19 | 81 | 00 | 0 |
| 07 | 10 | 250 | 8 | | | 24 | 23 | 20 | 85 | 00 | 0 |
| 10 | 10 | 33 | 8 | | | 37 | 32 | 24 | 59 | 15 | 10 |
| 13 | 9 | 120 | 8 | | | 46 | 37 | 24 | 42 | 18 | 12 |
| 16 | 10 | 120 | 8 | | | 45 | 38 | 26 | 47 | 19 | 7 |
| 19 | 10 | 120 | 8 | | | 40 | 35 | 27 | 60 | 15 | 5 |
| 22 | 10 | 120 | 8 | | | 41 | 36 | 29 | 62 | 17 | 4 |

### JAN 28th

| HOUR L.S.T. | SKY COVER | CEILING | WHOLE MILES | 16THS | WEATHER | AIR °F | WET BULB | DEW POINT | REL HUM % | DIR | SPEED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 70 | 8 | | R | 40 | 38 | 35 | 82 | 17 | 5 |
| 04 | 10 | 70 | 5 | | LF | 41 | 40 | 39 | 93 | 21 | 4 |
| 07 | 10 | 90 | 2 | | LF | 40 | 40 | 39 | 96 | 11 | 3 |
| 10 | 10 | 150 | 5 | | F | 43 | 42 | 40 | 89 | 02 | 6 |
| 13 | 0 | UNL | 8 | | | 52 | 44 | 34 | 51 | 10 | 7 |
| 16 | 2 | UNL | 8 | | | 54 | 45 | 34 | 47 | 01 | 5 |
| 19 | 0 | UNL | 8 | | | 43 | 38 | 31 | 63 | 03 | 5 |
| 22 | 0 | UNL | 8 | | | 38 | 35 | 29 | 70 | 04 | 4 |

### JAN 29th

| HOUR L.S.T. | SKY COVER | CEILING | WHOLE MILES | 16THS | WEATHER | AIR °F | WET BULB | DEW POINT | REL HUM % | DIR | SPEED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0 | UNL | 6 | | F | 33 | 32 | 29 | 85 | 03 | 7 |
| 04 | 0 | UNL | 5 | | F | 29 | 28 | 26 | 89 | 33 | 6 |
| 07 | 0 | UNL | 3 | | F | 30 | 29 | 28 | 92 | 31 | 3 |
| 10 | 10 | 40 | 2 | 8 | F | 36 | 34 | 32 | 85 | 06 | 3 |
| 13 | 0 | 90 | 7 | | | 48 | 42 | 33 | 56 | 15 | 5 |
| 16 | 0 | UNL | 8 | | | 51 | 43 | 33 | 50 | 23 | 4 |
| 19 | 4 | UNL | 7 | | | 37 | 35 | 32 | 82 | 00 | 0 |
| 22 | 2 | UNL | 6 | | FH | 31 | 30 | 28 | 89 | 18 | 3 |

### JAN 30th

| HOUR L.S.T. | SKY COVER | CEILING | WHOLE MILES | 16THS | WEATHER | AIR °F | WET BULB | DEW POINT | REL HUM % | DIR | SPEED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0 | UNL | 5 | | F | 32 | 31 | 30 | 92 | 17 | 3 |
| 04 | 8 | UNL | 5 | | F | 33 | 32 | 31 | 92 | 16 | 4 |
| 07 | 9 | UNL | 5 | | F | 32 | 32 | 31 | 96 | 17 | 4 |
| 10 | 10 | 200 | 5 | | F | 40 | 39 | 37 | 89 | 19 | 9 |
| 13 | 10 | 150 | 6 | | H | 51 | 44 | 36 | 57 | 25 | 6 |
| 16 | 10 | 150 | 8 | | | 54 | 46 | 38 | 55 | 10 | 4 |
| 19 | 3 | UNL | 8 | | | 42 | 40 | 37 | 83 | 15 | 3 |
| 22 | 3 | UNL | 7 | | | 41 | 40 | 38 | 89 | 16 | 3 |

### JAN 31st

| HOUR L.S.T. | SKY COVER | CEILING | WHOLE MILES | 16THS | WEATHER | AIR °F | WET BULB | DEW POINT | REL HUM % | DIR | SPEED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0 | UNL | 5 | | F | 40 | 39 | 38 | 93 | 24 | 6 |
| 04 | 0 | UNL | 5 | | F | 38 | 37 | 35 | 89 | 26 | 5 |
| 07 | 8 | 120 | 6 | | F | 42 | 37 | 31 | 65 | 25 | 4 |
| 10 | 10 | 85 | 6 | | H | 47 | 39 | 27 | 46 | 28 | 10 |
| 13 | 8 | 250 | 8 | | | 55 | 44 | 30 | 39 | 32 | 12 |
| 16 | 3 | UNL | 7 | | | 51 | 43 | 33 | 50 | 35 | 14 |
| 19 | 0 | UNL | 7 | | | 41 | 36 | 27 | 58 | 02 | 6 |
| 22 | 10 | 60 | 8 | | | 41 | 36 | 27 | 58 | 30 | 4 |

## WEATHER CODES

| Code | Meaning | Code | Meaning | Code | Meaning |
|---|---|---|---|---|---|
| * | TORNADO | SW | SNOW SHOWERS | GF | GROUND FOG |
| T | THUNDERSTORM | SG | SNOW GRAINS | BD | BLOWING DUST |
| Q | SQUALL | SP | SNOW PELLETS | BN | BLOWING SAND |
| R | RAIN | IC | ICE CRYSTALS | BS | BLOWING SNOW |
| RW | RAIN SHOWERS | IP | ICE PELLETS | BY | BLOWING SPRAY |
| ZR | FREEZING RAIN | IPW | ICE PELLET SHOWERS | K | SMOKE |
| L | DRIZZLE | A | HAIL | H | HAZE |
| ZL | FREEZING DRIZZLE | F | FOG | D | DUST |
| S | SNOW | IF | ICE FOG | | |

CEILING: UNL INDICATES UNLIMITED
WIND DIRECTION: DIRECTIONS ARE THOSE FROM WHICH THE WIND BLOWS, INDICATED IN TENS OF DEGREES FROM TRUE NORTH: I.E., 09 FOR EAST, 18 FOR SOUTH 27 FOR WEST. AN ENTRY OF OO INDICATES CALM.
SPEED: THE OBSERVED AVERAGE ONE-MINUTE VALUE, EXPRESSED IN KNOTS (MPH=KNOTS X 1.15).

## SUMMARY BY HOURS

| HOUR L.S.T. | SKY COVER (TENTHS) | STATION PRESSURE (INCHES) | AIR TEMP °F | WET BULB °F | DEW POINT °F | REL HUMIDITY % | WIND SPEED (MPH) | RESULTANT WIND DIRECTION | RESULTANT WIND SPEED (MPH) |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 6 | 29.850 | 37 | 34 | 28 | 73 | 9.1 | 31 | 2.2 |
| 04 | 6 | 29.850 | 36 | 33 | 28 | 76 | 7.7 | 30 | 2.0 |
| 07 | 7 | 29.860 | 35 | 32 | 27 | 75 | 8.1 | 28 | 2.4 |
| 10 | 6 | 29.890 | 41 | 36 | 28 | 63 | 11.1 | 28 | 3.1 |
| 13 | 6 | 29.800 | 47 | 41 | 29 | 54 | 11.8 | 26 | 4.0 |
| 16 | 6 | 29.790 | 48 | 41 | 30 | 53 | 11.7 | 26 | 4.3 |
| 19 | 5 | 29.830 | 41 | 37 | 29 | 64 | 8.3 | 25 | 1.1 |
| 22 | 5 | 29.840 | 39 | 35 | 28 | 67 | 8.5 | 30 | 0.6 |

PAGE 3

NATIONAL CLIMATIC DATA CENTER
FEDERAL BUILDING
37 BATTERY PARK AVE
ASHEVILLE, NORTH CAROLINA   28801-2733

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST CLASS
POSTAGE AND FEES PAID
NOAA
PERMIT G-19

## HOURLY PRECIPITATION  (WATER EQUIVALENT IN INCHES)

JAN 1992          13740
RICHMOND, VA
USCOMM – NOAA – ASHEVILLE, NC   325

| DATE | A.M. HOUR ENDING AT | | | | | | | | | | | | P.M. HOUR ENDING AT | | | | | | | | | | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | |
| 01 | | | | | | | | | | | | | | | | | | | | | | | | | 01 |
| 02 | | | | | | | | | | | | | | | | | | | | | | | | | 02 |
| 03 | 0.07 | 0.02 | | | | | | | | | T | T | 0.01 | 0.01 | 0.01 | | | | T | T | T | 0.02 | T | 0.02 | 03 |
| 04 | 0.03 | 0.01 | 0.03 | 0.02 | 0.14 | 0.15 | 0.10 | 0.03 | 0.02 | 0.03 | 0.02 | 0.01 | 0.07 | T | T | T | | T | T | T | T | T | 0.01 | 0.01 | 04 |
| 05 | T | T | T | T | T | T | T | | | | | | | | | | | | T | T | T | T | 0.01 | 0.02 | 05 |
| 06 | | | | | | | | | | | | | | | | | | | | | | | | | 06 |
| 07 | | | | | | | | | | | | | | | | | | | | | | | | | 07 |
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | 08 |
| 09 | | | | | | T | T | T | | | T | 0.07 | 0.05 | 0.03 | T | | | | | | | | | | 09 |
| 10 | | | | | | | | | | | | | | | | 0.01 | | | | | | | | | 10 |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | | 11 |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | 12 |
| 13 | | | | | | | | | | | T | T | | | T | 0.01 | | | | | | | | T | 13 |
| 14 | 0.02 | T | T | T | T | | T | T | T | | | | | | | | T | | | | | | | | 14 |
| 15 | | | | | | | | | | | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | | | | | | | | | | | | | | | 16 |
| 17 | | | | | | | | | | | | | | | | | | | | | | | | | 17 |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | 18 |
| 19 | | | | | | | | | | | | | | | | | | | | | | | | | 19 |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | 20 |
| 21 | | | | | | | | | | | | | | | | | | | | | | | | | 21 |
| 22 | | | | | | | | | | | | | | | | | | | | | | | | | 22 |
| 23 | | | | | | | | | T | 0.01 | 0.04 | 0.14 | 0.12 | | | T | 0.21 | | | | | | | | 23 |
| 24 | | | | | | | | | | | | | | | | | | | | | | | | | 24 |
| 25 | | | | | | | | | | | | | | | | | | | | | | | | | 25 |
| 26 | | | | | | | | | | | | | | | | | | | | | | | | | 26 |
| 27 | | | | | | | | | | | | | | | | | | | | | | | | | 27 |
| 28 | T | T | T | T | T | T | T | T | | | | | | | | | | | | | | | | | 28 |
| 29 | | | | | | | | | | | | | | | | | | | | | | | | | 29 |
| 30 | | | | | | | | | | | | | | | | | | | | | | | | | 30 |
| 31 | | | | | | | | | | | | | | | | | | | | | | | | | 31 |

A-115

**COMMONWEALTH OF VIRGINIA**
**DEPARTMENT OF HEALTH**
OFFICE OF THE CHIEF MEDICAL EXAMINER
CENTRAL DISTRICT
9 NORTH 14TH STREET
RICHMOND, VIRGINIA 23219
PHONE: (804) 786-3174

AUTOPSY NO. 26-92
DATE/DAY 1/13/92
TIME 8:00 AM

**REPORT OF AUTOPSY**

DECEDENT ___Kareem___ ___Hakim___ ___Mo____ AKA Douglas Mo____
First Middle Last

Autopsy Authorized by: __Dr. Samuel D. Land, Medical Examiner for Richmond City__

| Body identified by: | | Persons Present at Autopsy: |
|---|---|---|
| MCV I. D. Tags | | Det. S.Dalton,RPB, R. Smith |
| Fingerprints by Det. Tuttle, Richmond Police | | Dr. Green, Dr. Jefferson |
| | | Dr. Wiecking, E. Joyner |

Rigor: Complete X ___jaw___ ___neck___ ___arms___ ___legs___ ___passed___
Livor: color ___purple___ distribution: posterior
Age 36 Race black Sex male Length 66" Weight 160 lbs Eyes brown Pupils: R 8mm L 8mm
Hair dark brown/black Mustache black Beard black Circumcised no Body Heat cool

**Clothing, Personal Effects, External Wounds, Scars, Tattoos, Other Identifying Features:**
Clothing: None received with body.
Marks of Therapy: See body diagram of scars, tattoos, and marks of therapy.
External Examination: Total of 18 sharp force injuries with 9 stabs, 3 cuts, and 6 punctures. (See accompanying body and head diagrams for location and description as well as stab wound charts.) There are also two gunshot wounds, one perforating the right upper shoulder and one penetrating the right upper chest. Old needle tracks, scars, and recent punctures are found in the right antecubital fossa and forearm. Multiple contusions and abrasions are also found. The hands are bagged upon receipt.
Postmortem X-Ray: One bullet is found in the right upper chest.

**PATHOLOGICAL DIAGNOSES:**
Multiple stabs, cuts, and punctures (total 18 sharp force injuries). Single edge blade.
  Stabs total 9 (#1-9 on chart): One stab left forehead, one stab left anterior neck, one stab left lateral chest, three stabs right upper back, two stabs left upper back, one stab left midback.
  Cuts totaling 3 (#10,11,12 on chart): One cut back of right hand, one cut left thumb, superficial cut right back of wrist.
  Punctures totaling 6: Two punctures left side of head (#17,18), four punctures to the back (#13,14,15,16 on chart).
  Internal injuries associated with sharp force injuries: Stab wounds to left lung with left hemothorax, 500cc; partially severed left subclavian vein with left neck hematoma.
Gunshot wounds (2) to the right back:
  Gunshot wound #1 to the right upper back: The entrance wound is a 3/8" round hole with a 1/8" marginal abrasion and contusion located 11" from the top of the head and 7" to the right of the midline. The bullet travels front to back and slightly right to left passing through the right shoulder musculature, fracturing the scapula and passing superiorly to the brachial plexus and exiting the skin of the anterior chest. The exit wound is in the mid-clavicular line beneath the right clavicle, 11 3/4" from the top of the head and 2" to the right of the midline through a 1/8" round hole with a 1/16" marginal abrasion. No bullet is recovered.
  Gunshot wound #2 to the right midback: The entrance wound is a 5/16" round hole with a marginal abrasion and contusion located 17" from the top of the head and 6¼" to the right of midline. The bullet travels front to back, upward, and slightly right to left. The bullet enters the right chest cavity through a fractured right 6th rib. The bullet perforates the lower and upper lobes of the right lung and exits the right chest cavity through the second right intercostal space while lodging in the right pectoralis muscle. The large caliber, deformed lead bullet has a black plastic-type coating and has several gouges on one side. It is recovered 11½" from the top of the head a 3½" to the right of the midline.
Patterned abrasion of upper lid left eye.
Miscellaneous abrasions and contusions of the face, trunk, and extremities. One abrasion of the left forearm shows two parallel scratches.
Old needle tracks right arm with recent puncture and subcutaneous hemorrhage.
Right hemothorax due to gunshot wound #2.
Postmortem Toxicology: pending

Cause of Death: Stab wounds to neck and chest, gunshot wound to chest and lung.

Provisional Report 1/13/92          Final Report _____

The facts stated herein are true and correct to the best of my knowledge and belief.

___1/14/92___          A COPY TESTE:          JAN 21 1992
Date Signed          OCME -- Richmond
                     Place of Autopsy                    Signature of Pathologist
                     Assistant Chief Medical Examiner    Marcella F. Fierro, M.D.



A-117

# BODY DIAGRAM



Front

Back

Old scar 7/8"

needle IUsE

OT

1" oldscar
needle

oldscar
1"

E puncture
IU line

tattoo

O2
Monita

slightly
amputated
bit"

hyperpigmented scar

Marks of Therapy
Scars
Tattoos

Decedent's Height __66__ inches
160

Name __HALIM / MOODY__

Examined By _____

Date __1/13/92__

26-92

Name **HATIM / MOODY**  Autopsy No. **26-92**

Age **36**  Race **B**  Sex **M**  Date **1/13/92**

Stat ①
reflected bone chip S/A
into L frontal sinus

Abrasion
1 x ½"

Abrasion
1¼ x ¾"

Abrasion
7/8 x ¼"

7/8"
S/A G
Puncture

½" TCH
½" L inc

¼" dec

½ cm ½"
pattern inc
S/A
¾"

½ x 1"
Abrasion

1 5/8 x 5/8

1 x 5½
ABRASION

1 3/8 x 7/8"
dry, red
abraded

Broad-based
laceration
3/8" surrounded
by ½ x 3/5" abrasion

scalp hemorrhage
hem 3 x 1 ½

A-119

# BODY DIAGRAM



Decedent's Height ____66____ inches
160 lbs

Name ____HAKIM / MOODY____
Examined By ____MTenn____ Date ____13JAN9____

COMMONWEALTH OF VIRGINIA
OFFICE OF THE CHIEF MEDICAL EXAMINER

## GROSS DESCRIPTION

**SKIN:** See accompanying head and body diagrams as well as stab wound charts for location and description of external wounds, marks, and tattoos.

**PLEURA:** Bilateral hemothorax: Right 1000cc, left 500cc. Bullet hole from gunshot wound #2 perforating pleura through 6 th right lateral rib and also through 2nd anterior intercostal space on right. Wound #3 perforates left 4th intercostal space and punctures left upper lobe and left lower lobe lung.

**PERITONEUM & PERICARDIUM:** Intact, smooth and glistening and without adhesions or effusions.

**HEART:** 330 grams. The coronary arteries have a normal distribution and have no significant stenotic lesions. The valves and myocardium are unremarkable. Smooth aorta with occasional fatty streaks.

**NECK ORGANS:** Stab wound #2 partially transects the left subclavian vein and left jugular vein while completely transecting the left vagus nerve and left vertebral artery. There is a large hematoma within the left anterior neck region. The hyoid bone, laryngeal cartilages are intact and symmetrical. The thyroid gland, tongue, and pharynx are unremarkable.

**LUNGS:** Right 360 grams; left 380 grams. The right lung appears paler than the left. Gunshot wound #2 perforates the lower lobe and upper lobe of the right lung. There is surrounding contusion and hemorrhage along the bullet track. The left lung has two punctures, upper lobe ½" in length and 2¼" deep which is directed posteriorly and upward and is twisted. The lower lobe stab is 5/8" in length and 1 3/4" deep and is directed medially and posteriorly. Stab is 5/8" in length and 1 3/4" deep and is directed medially and posteriorly. Stab in the upper lobe is due to stab wound #3 while that in the lower lobe is from stab wound #8. The right lung is compressed by the right hemothorax. Gastric contents are found in the tracheobronchial tree.

**LYMPH NODES:** Within normal limits.

**LIVER:** 1450 grams. Uniform, pale, lobular parenchyma.

**GALLBLADDER:** Contains 18ml bile; within normal limits.

**SPLEEN:** 140 grams. Intact capsule, within normal limits.

**PANCREAS:** Normal lobular parenchyma.

**ADRENAL GLANDS:** Normal size, shape, and consistency.

**G.I.TRACT:** The stomach contains a small amount of tan mucoid material. The appendix is present and the rest of the G.I. Tract is unremarkable.

**KIDNEYS:** Right 110 grams; left 130 grams. There is a 4mm cyst in the left upper pole. Sections are otherwise unremarkable.

**BLADDER:** Contains 20cc urine, small mucosal hemorrhage 0.2cm diameter posterior wall.

**GENITALIA:** Uncircumcised adult male genitals. Prostate gland unremarkable.

**BRAIN & MENINGES:** 1330 grams. Leptomeninges is clear and the cortical ribbon is intact with a normal distribution of gyri and sulci. Sections are unremarkable.

**SKULL:** Stab wound #1 perforates the left frontal sinus. Puncturing wounds #17 and #18 perforates and fractures the left parietal bone.

**RIBS:** Stab wound through the left 4th intercostal space (stab wound #3 and #8). Gunshot wound #2 perforates and fractures the right 6th rib laterally.

**RIBS & VERTEBRAE:** Stab wound #2 cuts into the anterior vertebral body of T1.

**PELVIS:** Symmetrical and atraumatic.

**EXTREMITIES:** Bullet from gunshot wound #2 is recovered as a large caliber, deformed lead bullet with a black plastic type coating recovered in the anterior right shoulder beneath the right clavicle. Gunshot wound #1 perforates and fractures the head of the right scapula. Old needle tracks are found in the right anterior forearm with several recent punctures in the right antecubital fossa, some with subcutaneous hemorrhage. Several abrasions are found at the knees and chin areas.

OTHER LAB PROCEDURES: TOX __X__ PHOTO __X__ DENTAL ____ FINGERPRINTS ____ MICRO ____ X-RAY __X__
SER (GROUP __ PBKK X ) GSR __X__ FIREARMS ____ ACCELERANTS ____ BACTERIOLOGY ____ VIROLOGY ____ HEPATITIS B ____ HTLV III X
OTHER ___sickle cell___

DISPOSITION OF EVIDENCE:
TYPE(Clothing, Bullets, etc.) NAME OF RECIPIENT        ADDRESS        OFFICIAL TITLE        DATE

Swabs and smears of O/A and right thigh, GSR, hand bags, head, pubic, & beard hair, EDTA blood tube, 4 Polaroids, 2 portions of skullbone, and 1 of rib for toolmarks -- receipted o the investigating officer.

**Name** HAKIM / MOODY     **Autopsy No.** 26-92

**Age** 36   **Race** B   **Sex** M     **Date** 1/13/92

subgaleal + temporalis
2½ × 13/4

Cut into
bone
5/5"
deflecte
out
and
laterally

A-122



Superficial
Scratch 3/4" (12)
(cut

Stab/cut (10)
1/2" cut
"6" b Shoulder

R

1/4"

Abrasion
2" c̄ 2 parallel
scratches

Stab/cut (11)
1/4" cut

L

26-92

Commonwealth of Virginia
Office of the Chief Medical Examiner

CME Form 50

Decedent's Name   HAKIM / MOODY
A-123
Examined By _____ Date 13 JAN 92

# STAB WOUND CHART

36 yo BM     13 JAN 92     26-92

NAME _Kareem A. Hakim   AKA. Douglas Moody_    City or County _Richmond CCME_

| | | WOUND NO. 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. Location of wound** | Head | X | | | | | | | | | |
| | Neck | | X | | | | | | | | |
| | Chest | | | X | | | | | | | |
| | Abdomen | | | | | | | | | | |
| | Back | | | | X | X | X | X | X | X | |
| | Arm < Right | | | | | | | | | | X |
| | Arm < Left | | | | | | | | | | |
| | Leg < Right | | | | | | | | | | |
| | Leg < Left | | | | | | | | | | |
| **2. The skin wound is:** | Horiz. | | | X | | | X | X | | | |
| | Vert. | | | | | | | | | | |
| | Oblique | X | X | | X | X | | | X | X | X |
| **3. Inches from wound to:** | Top of head | 3 | 10¼ | 16½ | 11 | 14 | 13½ | 9½ | 15½ | 17½ | 36 & shoulder |
| | Right of midline | | | | 1½ | 3 | 6 | | | | |
| | Left of midline | ½ | 3 | 7 | | | | 7 | 5 | 3 | |
| **4. Wound size in inches:** | Width | | | 3/8 | | | | | | | |
| | Length | 7/8 | 5/8 | 1/2 | 3/4 | 5/8 | 1/2 | 3/4 | 3/4 | 1¼ | 1/2 |
| | Depth | 1/4 | 3/4 | 2¾ | 2⅛ | 1½ | 1/2 | 3/4 | 3 | 1½ | — |
| **5. Direction of wound:** | Backward | | | X | | | | | | | |
| | Forward | | | | | | | | | | |
| | Upward | | | | X | | | | X | | |
| | Downward | | X | | | X | X | X | | | |
| | Medially | X | X | X | | | | | | | |
| | Laterally | | | | | | | | X | | X (radial) |

Photographs made: Yes ✓   No _____

REMARKS: #1-Stab to ® forehead, #2- Stab to ® Ant. Neck, #3-Stab ⓛ chest near axilla, #4-Stab ® upper back, #5-Stab ® upper back, #6-Stab ® upper back, #7-Stab ⓛ upper back, #8-Stab ⓛ upper back, #9-stab ⓛ mid-back #10-cut ® dorsum hand 3rd knuckle

Examined by: _____    Date: _13 JAN 92_

A-124

CME Form-1S

# STAB WOUND CHART

NAME __Kareem A. Hakim__   City or County __Richmond OCME__

36yo BM    26-92    13 JAN 92

| | | WOUND NO. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** |
| **1. Location of wound** | Head | | | | | | | X | X | | |
| | Neck | | | | | | | | | | |
| | Chest | | | | | | | | | | |
| | Abdomen | | | | | | | | | | |
| | Back | | | X | X | X | X | | | | |
| | Arm < Right | | X | | | | | | | | |
| | Arm < Left | X | | | | | | | | | |
| | Leg < Right | | | | | | | | | | |
| | Leg < Left | | | | | | | | | | |
| **2. The skin wound is:** | Horiz. | | | | | | | | | | |
| | Vert. | | X | | | | | | | | |
| | Oblique | X | | X | X | X | X | X | X | | |
| **3. Inches from wound to:** | Top of head | — | — | — | — | — | — | 3¼ | 3½ | | |
| | Right of midline | | | | | | X | | | | |
| | Left of midline | | | X | X | X | | 7½ | 7½ | | |
| **4. Wound size in inches:** | Width | | | | | | | | | | |
| | Length | ¼ | ¾ | | | | | | | | |
| | Diam. | | | 1/16 | 1/16 | 1/16 | 1/16 | 1/8 | 1/8 | | |
| **5. Direction of wound:** | Backward | | | | | | | | | | |
| | Forward | | | X | X | X | X | | | | |
| | Upward | | | | | | | | | | |
| | Downward | | X | | | | | | | | |
| | Medially | | | | | | | X | X | | |
| | Laterally | X radial | | | | | | | | | |

Photographs made: Yes __X__ No_____

REMARKS: #11 - cut - ⊕ thenar area palm, #12 - superficial cut (scratch) ℝ dorsum wrist
#13-16 - Square punctures of upper + mid back, #17+18 - punctures ⊕ parietal scalp

Total { Stabs - 9, Cuts - 3, punctures - 6 } = 18 sharp force injuries

Examined by: _____ A-125 _____ Date: 13 JAN 92

CME Form-IS