**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

RESPONSE REQUESTED
_____

No. 09-8,    In Re: James Roane, Jr.
                 3:92-cr-00068-JRS


RESPONSE DUE: August 14, 2009

TO: Dana Boente

Response is required to the motion for authorization to file a
second petition for writ of habeas corpus. Response(s) must be
filed by the response due date shown in this notice.

Beth Walton
Deputy Clerk
804-916-2725