**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

RESPONSE REQUESTED
_____

No. 09-8,    In Re: James Roane, Jr.
3:92-cr-00068-JRS


RESPONSE DUE: August 20, 2009

TO: Counsel for the United States

Response is required to the motion for leave to file brief as amicus curiae. Response(s) must be filed by the response due date shown in this notice.

Beth Walton
Deputy Clerk
804-916-2725