# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## APPEARANCE OF COUNSEL FORM

No. 09-8 _____

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

James H. Roane, Jr. _____ as the
(party name)

☐ appellant(s) ☐ appellee(s) ☑ petitioner(s) ☐ respondent(s) ☐ amicus curiae ☐ intervenor(s)

/s/ Billy H. Nolas _____
(signature)

*If you have not been admitted to practice before the Fourth Circuit, you must complete and return an application for admission with this form. If you were admitted to practice under a different name than you are using now, you must include your former name when completing this form so that we can locate you on the attorney roll.*

Billy H. Nolas
Name (printed or typed)

215-928-0520
Voice Phone

Federal Community Defender's Offic
Firm Name (if applicable)

215-928-0826
Fax Number

601 Walnut St. - Suite 545 West

Philadelphia, PA 19106
Address

billy_nolas@fd.org
E-mail address (print or type)

☐ I am not participating in this case. Appellate counsel is:

_____
(Name)                         (Phone)

## REGISTRATION AS AN APPELLATE ECF FILER

Electronic filing of documents by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

## CERTIFICATE OF SERVICE
*************************

I certify that on this date I served this document on all parties as follows:

Gurney Wingate Grant II, Assistant U.S. Attorney
Office of the United States Attorney
600 E. Main Street, Suite 1800
Richmond, VA 23219

Dana James Boente, Acting U.S. Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314-5194

(Additional parties attached)

/s/ Billy H. Nolas _____
Signature

August 14, 2009 _____
Date

[ Reset Form ]

James I. Kaplan
DLA PIPER US LLP
Suite 1900
203 North LaSalle Street
Chicago, IL 60601-0000

Charles B. Wayne, Attorney
DLA PIPER US LLP
500 8th Street, NW
Washington, DC 20004

Paul Enzinna, Esquire
Baker & Botts, L.L.P.
1299 Pennsylvania Avenue
Washington, D.C.   20004