# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA )
)
     Plaintiff - Respondent ) Case No. 09-8
)
     v. ) (3:92-cr-00068-JRS)
)
JAMES H. ROANE, JR. )
)
     Defendant - Movant. )

**APPELLEE'S UNOPPOSED MOTION FOR
EXTENSION OF TIME WITHIN WHICH TO FILE ITS
RESPONSE TO APPELLANT'S MOTION FOR AUTHORIZATION TO
<u>FILE SUCCESSIVE MOTION UNDER 28 U.S.C. § 2255</u>**

COMES NOW the United States, by counsel, and moves this Court, pursuant to Fed. R. App. P. 26(b), for an extension of time in which to file appellee's response to appellant's motion for authorization to file a successive motion under 28 U.S.C. § 2255. In support hereof, counsel states as follows:

1. On August 6, 2009, appellant filed a motion for authorization to file a successive motion under 28 U.S.C. § 2255.

2. On Monday, August 10, 2009, appellee received notification of the Order entered on August 7, 2009, in which appellee was ordered to respond by August 14, 2009, to appellant's motion for authorization to file a successive motion under 28 U.S.C. § 2255. The motion contains an extensive attachment of new evidence not previously presented to the United States. The undersigned

counsel will be out of the country from August 18-26, 2009.  Co-counsel for the

United States, Robert Erickson, will be out of the office much of the next three

weeks.

3.	In accordance with Fourth Circuit Local Rule 27(a), counsel has

informed Paul F. Enzinna, Esq.,  of the intended filing of this motion, and Mr.

Enzinna has advised that there is no objection to the requested extension of time.

Therefore, the United States respectfully requests an extension of time to

September 10, 2009 to file respondent's response.

Respectfully submitted this 17th day of August, 2009.

DANA J. BOENTE
UNITED STATES ATTORNEY

By:	_____s/_____
G. Wingate Grant
Virginia Bar Number 18643
Attorney for the United States
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219-2447
Telephone - 804-819-5500
FAX - 804-771-2316
wingate.grant@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following CM/ECF users:

Billy H. Nolas, Esq.
Email: *william_nolas@fd.org*
Shawn Nolan, Esq.
Angela Elleman, Esq.
Email: *angela_elleman@fd.org*
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
601 Walnut Street
Philadelphia, Pennsylvania 19106
(215) 928-0520

Paul F. Enzinna, Esq.
Baker Botts, LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 639-7752
Email: *paul.enzinna@bakerbotts.com*

Charles B. Wayne
DLA Piper, LLP
500 8th Street, N.W.
Washington, D.C. 20004
charles.wayne@dlapiper.com

_____/s/_____
G. Wingate Grant
Assistant United States Attorney

3