# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## APPEARANCE OF COUNSEL FORM

No. _____

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

_____as the

(party name)

   appellant(s)    appellee(s)    petitioner(s)   respondent(s)   amicus curiae   intervenor(s)

_____

(signature)

*If you have not been admitted to practice before the Fourth Circuit, you must complete and return an application for admission with this form. If you were admitted to practice under a different name than you are using now, you must include your former name when completing this form so that we can locate you on the attorney roll.*

_____     _____

Name (printed or typed)                        Voice Phone

_____     _____

Firm Name (if applicable)                  Fax Number

_____

_____     _____

Address                              E-mail address (print or type)

      I am not participating in this case. Appellate counsel is:

_____

(Name)                                (Phone)

## REGISTRATION AS AN APPELLATE ECF FILER

Effective June 1, 2008, counsel must file documents electronically in Fourth Circuit cases using the Appellate Case Management/Electronic Case Filing System (CM/ECF). Beginning March 10, 2008, attorneys admitted to practice in the Fourth Circuit may register with the PACER Service Center, www.pacer.psc.uscourts.gov, for an ECF Filer account. The PACER Service Center will transmit counsel's registration form to the Court for approval of filing privileges. The Court requires counsel to certify that they have familiarized themselves with the Court's CM/ECF System and procedures by completing either a (i) training class or (ii) on-line electronic learning modules and policies and procedures review, available on the Court's web site, www.ca4.uscourts.gov. Counsel can begin filing documents electronically on the Fourth Circuit's CM/ECF system beginning April 1, 2008. Between April 1, 2008, and June 1, 2008, documents filed electronically must be served conventionally on <u>all</u> participants in the case. When electronic filing becomes mandatory on June 1, 2008, conventional service is required only on counsel and parties who have not been served through CM/ECF, as identified on the Notice of Docket Activity.

      I have previously registered as an Appellate ECF Filer.

      I have not yet registered as an Appellate ECF Filer.