# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

UNITED STATES OF AMERICA,           :           No. 09-8
           Respondent,           :
                       :           CAPITAL HABEAS
                       :           UNDER 28 U.S.C. § 2255
                       :
          -v-             :
                       :
JAMES ROANE,           :
           Petitioner.           :
                       :
                       :

_____

### PETITIONER'S MOTION FOR APPOINTMENT OF
### COUNSEL AT NO COST TO THE COURT

Petitioner, JAMES ROANE, through counsel, respectfully moves for the appointment of the Capital Habeas Corpus Unit of the Federal Public Community Defender, Philadelphia, Pennsylvania (the "CHU"), at no cost to the Court.

1.      Petitioner, James Roane, was convicted by a jury and sentenced to death in the United States District Court for the Eastern District of Virginia; the convictions and death sentence were affirmed on direct appeal. See United States v. Tipton, et. al., 90 F.3d 861 (4th Cir. 1996), cert. denied, 520 U.S. 1253 (1997). Petitioner sought relief under 28 U.S.C. § 2255. After an evidentiary hearing, the District Court granted a new trial on one of the counts of murder, the sole offense for which death

was imposed. The District Court found that trial counsel was ineffective in failing to reasonably investigate and present evidence that Petitioner had an alibi for that offense. United States v. Roane, No. 3:92CR68 (E.D.Va. May 1, 2003). The Court of Appeals reversed and reinstated the conviction and death sentence. See United States v. Roane, 378 F.3d 382 (4th Cir. 2004), cert. denied, 546 U.S. 810 (2005).

2. Petitioner James Roane was found to be indigent and in forma pauperis relief was granted in all prior trial court and appellate proceedings.

3. This motion seeks the appointment of counsel from the Capital Habeas Corpus Unit (CHU) of the Federal Public Defender Office in Philadelphia, Pennsylvania. As described below, the CHU receives dedicated funding from the Administrative Office of the United States Courts (AO) to provide assistance in capital post conviction litigation.

4. The CHU has received specific approval from the Administrative Office of Courts to seek this appointment and represent James Roane. CHU counsel have specialized expertise in capital post-conviction litigation.

5. Since the CHU has dedicated funding, our services will be provided at no cost to the Court (e.g., no expert fees, attorney fees, travel expenses or other expenses from the Court will be sought by CHU counsel).

6. James Roane himself asked for the appointment of the Philadelphia CHU and has authorized the filing of this motion.

7. The CHU was formed in 1995 and is part of the Federal Community Defender for the Eastern District of Pennsylvania (i.e., the Federal Public Defender). The CHU receives a sustaining grant from the AO primarily to provide representation to capital habeas corpus petitioners. To facilitate its representation of capital petitioners in various parts of the country, the CHU has received supplemental funding from the Administrative Office (which was approved by the Defender Services Committee of the Judicial Conference).

8. Since its formation, the CHU has successfully represented dozens of prisoners in federal district and federal appellate courts, and has litigated substantive cases in the United States Supreme Court.[1] Counsel from the CHU have served on the faculty of many regional and national AO-sponsored death penalty training programs, and have participated in court committees regarding capital post-conviction litigation.[2]

9. The CHU responded to requests from the AO to provide representation and assistance nationally to post-conviction petitioners in § 2255 litigation where the

---

[1]See e.g., Rompilla v. Beard, 125 S.Ct. 2456 (2005); Pace v. DiGuglielmo, 125 S.Ct. 1807 (2005).

[2]CHU counsel have served as faculty in training programs sponsored by: The Court of Appeals for the Third Circuit; the Administrative Office of the United States Courts Habeas Corpus Training and Assistance Project; the Federal Judicial Center; and the National Institute for Trial Advocacy. CHU lawyers have also served as members of the Third Circuit's Task Force on Death Penalty Litigation.

death penalty has been imposed. The CHU has been appointed in several §2255 cases.[3] The CHU also represents several capitally sentenced individuals in federal habeas proceedings arising from state-court convictions.

10. CHU counsel were appointed in another capital post-conviction appeal in this court, Winston v. Warden, which has been briefed and will be argued in the Fall.

11. Undersigned CHU counsel are experienced in capital post-conviction cases (including section 2255 cases) and are qualified to work on this litigation. Co-counsel (Mr. Enzinna) also has extensive experience and has been assisting Mr. Roane for years.

12. Counsel are familiar with the rules and procedures applicable to Mr. Roane's case.

WHEREFORE, based upon the above and the record of this matter, Petitioner respectfully requests that the Court appoint the Capital Habeas Corpus Unit of the Federal Community Defender for the Eastern District of Pennsylvania at no cost to the Court.

---

[3]The CHU has been appointed in the following capital section 2255 cases: United States v. Ortiz, 08-1749 (8th Cir.) (W.D. Mo.); United States v. Bourgeois, No. Cr-C-02-216 (S.D. Texas); United States v. Higgs, 98-cr-0520 (D. Md); United States v. Hammer, 96-cr-239 (M.D. Pa), appeal and cross appeal pending, 06-9000 & 06-9001 (3d Cir.); United States v. Agosfsky, 07-cv-511 (E.D. Texas); United States v. Allen, No. 4:07-CV-27ERW (E.D. Mo.), United States v. Corley, 02-CR-116 (N.D. Ind.), United States v. Fields, 03-CR-73 (E.D. Ok.).

Respectfully Submitted,

/s/ Billy H. Nolas
BILLY H. NOLAS, ESQ.*
SHAWN NOLAN, ESQ.
ANGELA ELLEMAN, ESQ.
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
Capital Habeas Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Shawn_Nolan@fd.org
Angela_Elleman@fd.org

PAUL F. ENZINNA, ESQ.*
Baker Botts, LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 639-7752
Counsel for Petitioner James H. Roane, Jr.

* Member of the bar of this Court.

Dated:        August 18, 2009

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, Esq., hereby certify that on this18th day of August, 2009, I caused the *Petitioner's Motion for Appointment of Counsel at No Cost to the Court* in the above-captioned case to be served by U.S. Mail, first class, on the following person:

Dana J. Boente
United States Attorney for the Eastern District of Virginia
600 E. Main Street
Suite 1800
Richmond, VA  23219

James I. Kaplan
DLA PIPER US LLP
Suite 1900
203 North LaSalle Street
Chicago, IL 60601-0000

Charles B. Wayne, Attorney
DLA PIPER US LLP
500 8th Street, NW
Washington, DC 20004

Paul Enzinna, Esquire
Baker & Botts, L.L.P.
1299 Pennsylvania Avenue
Washington, D.C.   20004

/s/Billy H. Nolas
Billy H. Nolas, Esq.