# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## APPEARANCE OF COUNSEL FORM

No. _____

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

_____as the
(party name)

appellant(s)    appellee(s)    petitioner(s)    respondent(s)    amicus curiae    intervenor(s)

_____
(signature)

*If you have not been admitted to practice before the Fourth Circuit, you must complete and return an application for admission with this form. If you were admitted to practice under a different name than you are using now, you must include your former name when completing this form so that we can locate you on the attorney roll.*

_____     _____
Name (printed or typed)              Voice Phone

_____     _____
Firm Name (if applicable)          Fax Number

_____

_____     _____
Address                          E-mail address (print or type)

I am not participating in this case. Appellate counsel is:

_____
(Name)                               (Phone)

## REGISTRATION AS AN APPELLATE ECF FILER

Electronic filing of documents by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

## CERTIFICATE OF SERVICE
************************
I certify that on this date I served this document on all parties as follows:

_____     _____
Signature                                   Date