UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-8
(3:92-cr-00068-JRS)

_____

In re: JAMES H. ROANE, JR.,

        Movant

------------------------------

THE INNOCENCE NETWORK,

        Potential Amicus Curiae

_____

O R D E R

_____

The Court grants the government's unopposed motion to
extend filing time and extends the time for filing a response to
the motion for authorization to file a successive motion under
28 U.S.C. §2255 until September 10, 2009.

For the Court

/s/ Patricia S. Connor, Clerk