FILED: August 24, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-8
(3:92-cr-00068-JRS)

_____

In re: JAMES H. ROANE, JR.,

Movant

------------------------------

THE INNOCENCE NETWORK,

Amicus Curiae

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file an amicus curiae brief, the Court grants the motion and accepts the amicus brief filed by The Innocence Network.

For the Court

/s/ Patricia S. Connor, Clerk