UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-8
(3:92-cr-00068-JRS)

_____


In re: JAMES H. ROANE, JR.,

              Movant

------------------------------

THE INNOCENCE NETWORK,

              Amicus Curiae


_____

O R D E R

_____

Upon consideration of the submissions relative to the motion for appointment of counsel, the Court appoints the Capital Habeas Corpus Unit of the Federal Community Defender for the Eastern District of Pennsylvania as counsel for James H. Roane, Jr. effective August 6, 2009.

              For the Court

              /s/ Patricia S. Connor, Clerk