UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-8
(3:92-cr-00068-JRS)

_____

In re: JAMES H. ROANE, JR.

Movant

-------------------------------

THE INNOCENCE NETWORK

Amicus Curiae

_____

O R D E R

_____

James H. Roane, Jr., seeks our authorization to file a second or successive 28 U.S.C. § 2255 motion premised on newly discovered evidence. Roane's proposed § 2255 motion raises three claims — specifically, two ineffective assistance of counsel claims plus a freestanding actual innocence claim. In opposition, the Government contends (1) that Roane has failed to make the necessary showing under § 2255(h)(1) that his proposed § 2255 motion contains "newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no

reasonable factfinder would have found [him] guilty of the offense"; (2) that Roane was required under § 2244(b)(2)(B)(i), but has failed, to demonstrate "due diligence"; and (3) that there is a substantial question as to whether Roane's claims are time-barred under § 2255(f)(4)'s one-year limitation period.

We conclude that Roane has failed to make the necessary showing under § 2255(h)(1). Accordingly, we deny Roane's request for authorization to file the successive § 2255 motion without reaching the Government's contentions under § 2244(b)(2)(B)(i) and § 2255(f)(4).

Entered at the direction of Judge King with the concurrence of Judge Wilkinson and Judge Duncan.

For the Court

/s/ Patricia S. Connor, Clerk
